| | |
|---|---|
| 1 | JERRY H. STEIN (State Bar No. 78309) |
| | LEVIN & STEIN |
| 2 | 28494 Westinghouse Place, Suite 201 |
| | Valencia, California 91355 |
| 3 | Telephone: (310) 207-4663 |
| | Facsimile: (310) 207-2803 |
| 4 | Email: jstein@lscslaw.com |
| 5 | KEN T. KUNIYUKI |
| | KUNIYUKI & CHANG |
| 6 | Suite 2660, Pauahi Tower |
| | 1003 Bishop Street |
| 7 | Honolulu, HI 96813-3429 |
| | Telephone: (808) 524-4111 |
| 8 | Facsimile: (808) 521-2389 |
| | Email: ken@law-hawaii.com |

Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT, | CASE NO.:08-00672 FCD-KSM |
| Plaintiff, | [Proposed] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING HEARING FOR PRELIMINARY INJUNCTION |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, | |
| Defendants. | |
| JOHN DOE; and JANE DOE, | |
| Counter-Claimants | |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT, | |
| Counter-Defendants | |
1

ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING HEARING FOR PRELIMINARY INJUNCTION

The Court having considered John and Jane Doe's (The "Does") Cross-claim for Temporary Restraining Order; Preliminary Injunction; and Permanent Injunction; and for Declaratory Relief; the Does' application for a temporary restraining order and order to show cause; and the accompanying memorandum of points and authorities in support of the application and declarations of Jane Doe and Ken T. Kuniyuki, and it appearing to the Court that the case is a proper case for the granting of an order to show cause and a temporary restraining order:

IT IS HEREBY ORDERED that defendants appear in Court Room: No. 2 of this Court located at 501 I Street, Sacramento, CA 95814 on _____, 2008, at ____ a.m. or as soon thereafter as the matter may be heard, then and there to show cause, if any, why cross- defendants Kamehameha Schools/Bernice Pauahi Bishop Estate; J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama (collectively the "Estate") their officers, agents, employees, attorneys and representatives should not be enjoined and restrained during the pendency of this action from directly or indirectly disclosing the identities of the Does unless and until otherwise permitted by this Court in order to effectuate a writ of attachment or other order issued by this Court.

IT IS FURTHER ORDERED that pending the hearing on the preliminary inunction the Estate their officers, agents, employees, attorneys and representatives are hereby enjoined and restrained from directly or indirectly disclosing the identities of the Does unless and until otherwise permitted by this Court in order to effectuate a writ of attachment or other order issued by this Court.

IT IS HEREBY ORDERED that copies of the Does' Cross-Complaint, the Application and supporting declarations and this Order shall be served on the Estate not later than _____, 2008; that any opposition filed by Estate shall be filed and served on the Does' counsel by _____, 2008, and that any reply filed by the Does shall be filed and served on the Estate by _____, 2008.

IT IS HEREBY ORDERED that the Does are required to post a bond as provided in L.R. 65.1-151 in the amount of $_____.

IT IS HEREBY ORDERED that any pleading, exhibit or other document filed with the Court

2
ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING HEARING FOR PRELIMINARY INJUNCTION

that refers to the actual identities of the Does be filed under seal in this matter.

This Order is issued on _____, 2008 at _____.

The Estate has the right to apply to the Court for modification or dissolution of this order on two (2) court days' notice by personal service or such other notice as the Court may allow.

_____
FRANK C. DAMRELL, JR.,
JUDGE OF THE UNITED STATES DISTRICT
COURT, EASTERN DISTRICT OF CALIFORNIA

Approved as to form:

LEVIN & STEIN

By: /s/ Jerry H. Stein_____
    JERRY H. STEIN
    Attorneys for the Does