

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
PRO HAC VICE APPLICATION
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE.
PROPOSED ORDER

ERIC GRANT,

                          Plaintiff(s),

                                              Case No. Civ. 08-00672FCD-KJM

v.

KAMEHAMEHA SCHOOLS/BERNICE
PAUAHI BISHOP ESTATE; J. DOUGLAS
ING, NAINOA THOMPSON, DIANE J.
PLOTTS, ROBERT K.U. KIHUNE, and
CORBETT A.K. KALAMA, in their Capacities
as Trustees of the Kamehameha Schools/
Bernice Pauahi Bishop Estate; JOHN DOE; and
JANE DOE

                          Defendant(s).

     I, KEN T. KUNIYUKI, attorney for JOHN DOE and JANE DOE, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECE Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Kuniyuki & Chang |
| Address: | 1003 Bishop Street |
| | Suite 2660, Pauahi Tower |
| City: | Honolulu |
| State: | Hawaii     ZIP Code: <u>96813</u> |
| Voice Phone: | 808    524-4111 |
| FAX Phone: | 808    521-2389 |
| Internet E-mail: | ken@law-hawaii.com |
| Additional E-mail: | |
| I reside in City: | Honolulu     State: Hawaii |

I was admitted to practice in the <u>Federal District Court of Hawaii</u> (court) on <u>   1973   </u>(date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year! list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:	Jerry H. Stein Firm Name: Levin & Stein

Address:	28494 Westinghouse P1., Suite 201

City:	Valencia

State:	CA	ZIP Code:	91355

Voice Phone:	(310) 207-4663

FAX Phone:	(310) 207-2803

E-mail:	jstein@lscslaw.com

DATED: March 28, 2008	Petitioner: /s/ Ken T. Kuniyuki

**ORDER**

IT IS SO ORDERED.

Dated: <u>April 3, 2008</u>

JUDGE, U.S. DISTRICT COURT