# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIC GRANT,** | **CASE NO. 2:08-cv-0672 FCD KJM** |
| Plaintiff(s), | **MINUTE ORDER** |
| vs. | |
| **KAMEHAMEHA SCHOOLS/BERNICE PAUAHI, et al.,** | |
| Defendant(s). | |

At a session of the United States District Court for the Eastern District of California, in the City of Sacramento, on April 3, 2008

**PRESENT, THE HONORABLE FRANK C. DAMRELL, JR., JUDGE**:

Defendants' Jane Doe and John Doe Motion for Temporary Restraining Order filed April 3, 2008 is set for hearing on Monday, April 7, 2008 at 11:30 a.m. Any Opposition to the motion shall be filed no later than 3:00 p.m. on Friday, April 4, 2008 and any reply, not to exceed 7 pages, to be filed by 9:00 a.m. on Monday, April 7, 2008.

I hereby certify that the foregoing is a true and correct statement of an order in the above captioned case on this 3rd day of April 2008.

                                          **VICTORIA C. MINOR, CLERK**

                                          By: **/s/ Maureen A. Price**
                                              Maureen A. Price
                                              Courtroom Deputy
                                              (916) 930-4163 fax (916) 491-3932
                                              email: mprice@caed.uscourts.gov
                                Proposed orders to: fcdorders@caed.uscourts.gov