ERIC GRANT (Bar No. 151064)
Attorney at Law
8001 Folsom Boulevard, Suite 100
Sacramento, CA 96826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261
E-Mail: grant@eric-grant.com

JAMES J. BANKS (Bar No. 119525)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814-2403
Telephone: (916) 325-1000
Facsimile: (916) 325-1004
E-Mail: jbanks@bw-firm.com

Attorneys for Plaintiff
ERIC GRANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. 2:08-CV-00672-FCD-KJM<br><br>**PLAINTIFF AND COUNTER-DEFENDANT ERIC GRANT'S STATEMENT OF NON-OPPOSITION TO *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**<br><br>DATE:　　April 7, 2008<br>TIME:　　11:30 A.M.<br>PLACE:　　Courtroom of the<br>　　　　　Honorable Frank C. Damrell Jr. |

　　　　In response to the *ex parte* motion filed herein, plaintiff and counter-defendant ERIC GRANT states that he has no opposition to any of the following:

　　　　1.　　A temporary restraining order enjoining defendant Kamehameha Schools/Bernice Pauahi Bishop Estate ("KSBE") and their agents and employees from disclosing the Does' identities;

2. An order requiring that any filing and/or exhibits which refer to the actual identities of the Does be filed under seal in this matter; or

3. A date and time for the Court to hear the Does' motion for a preliminary injunction enjoining KSBE and their agents and employees from disclosing the Does' identities.

DATED: April 4, 2008

BANKS & WATSON

By: /s/ James J. Banks
JAMES J. BANKS
Attorneys for Plaintiff and Counter-Defendant
ERIC GRANT