JERRY H. STEIN (State Bar No. 78309)
LEVIN & STEIN
28494 Westinghouse Place, Suite 201
Valencia, California 91355
Telephone: (310) 207-4663
Facsimile: (310) 207-2803
Email: jstein@lscslaw.com

KEN T. KUNIYUKI
KUNIYUKI & CHANG
Suite 2660, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813-3429
Telephone: (808) 524-5111
Facsimile: (808) 521-2389
Email: ken@law-hawaii.com

Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>    Plaintiff,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>    Defendants.<br><br>JOHN DOE; and JANE DOE,<br><br>    Counter-Claimants<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT,<br><br>    Counter-Defendants | CASE NO.:08-00672 FCD-KSM<br><br>DECLARATION OF JERRY H. STEIN REGARDING PROVIDING COPIES OF MOVING PAPERS REGARDING MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Jerry H. Stein, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Levin & Stein, which firm represents the Does in this action. I have personal knowledge of all facts set forth in this Declaration and if called upon to testify, I could and would testify competently thereto.

2. On April 3, 2008, I e-mailed a complete copy of the Does' Motion For Temporary Restraining Order, with supporting Declarations, as well as the Does' Answer to Complaint and Counter and Cross-Complaint to attorney Kelly LaPorte at the Cades Schutte law firm. Based upon conversations between my co-counsel, Ken T. Kuniyuki, and Mr. LaPorte, it is my understanding that the Cades Schutte law firm represents the Defendants and Cross-Defendants against whom the Does Temporary Restraining Order is directed. A true and correct copy of my E-mail to Mr. Laporte is attached hereto as Exhibit 1.

3. On April 3, 2008, I received by e-mail a notification that Mr .Laporte had read my e-mail to him. A true and correct copy of this notification is attached hereto as Exhibit 2

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 4, 2008.

    /s/ Jerry H. Stein[1]
    Jerry H. Stein

---

[1] Counsel has the executed original.