```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

ERIC GRANT,                          CASE NO.: 08-00672 FCD-KJM

              Plaintiff,             ORDER GRANTING TEMPORARY
                                     RESTRAINING ORDER AND SETTING
     v.                              HEARING FOR PRELIMINARY
                                     INJUNCTION
KAMEHAMEHA SCHOOLS/BERNICE
PAUAHI BISHOP ESTATE; J. DOUGLAS
ING, NAINOA THOMPSON, DIANE J.
PLOTTS, ROBERT K.U. KIHUNE, and
CORBETT A.K. KALAMA, in their
capacities as Trustees of the
Kamehameha Schools/Bernice Pauahi
Bishop Estate; JOHN DOE; and JANE
DOE,

              Defendants.
_____/

JOHN DOE; and JANE DOE,

              Counter-Claimants


        v.
KAMEHAMEHA SCHOOLS/BERNICE
PAUAHI BISHOP ESTATE; J. DOUGLAS
ING, NAINOA THOMPSON, DIANE J.
PLOTTS, ROBERT K.U. KIHUNE, and
CORBETT A.K. KALAMA, in their
capacities as Trustees of the
Kamehameha Schools/Bernice Pauahi
Bishop Estate; and ERIC GRANT,

              Counter-Defendants
_____/
```

1  The Court, having considered (1) John and Jane Doe's (the "Does")
2  Cross-Claim for a Temporary Restraining Order, Preliminary Injunction,
3  Permanent Injunction, and for Declaratory Relief; (2) the Does'
4  application for a temporary restraining order and order to show cause;
5  (3) the accompanying memorandum of points and authorities in support
6  of the application; and (4) the declarations of Jane Doe and Ken T.
7  Kuniyuki, finds that the case is a proper case for the granting of an
8  order to show cause and a temporary restraining order:

IT IS HEREBY ORDERED that defendants appear in Court Room: No. 2 of this Court located at 501 I Street, Sacramento, California 95814 on **April 17, 2008, at 4:00 p.m.** or as soon thereafter as the matter may be heard, then and there to show cause, if any, why cross-defendants Kamehameha Schools/Bernice Pauahi Bishop Estate; J. Douglas Inc., Nainoa Thompson, Diane J. Plotts, Robert K. U. Kihune, and Corbett A.K. Kalama (collectively the "Estate") their officers, agents, employees, attorneys and representatives should not be enjoined and restrained during the pendency of this action from directly or indirectly disclosing the identities of the Does unless and until otherwise permitted by this Court in order to effectuate a writ of attachment or other order issued by this Court.

IT IS FURTHER ORDERED that pending the hearing on the preliminary injunction the Estate, their officers, agents, employees, attorneys and representatives are hereby enjoined and restrained from directly or indirectly disclosing the identities of the Does unless and until otherwise permitted by this Court in order to effectuate a writ of attachment or other order issued by this Court.

IT IS FURTHER ORDERED that any pleading, exhibit or other document filed with the Court that refers to the actual identities of

the Does be filed under seal in this matter in accordance with Local Rule 39-141.

IT IS HEREBY ORDERED that copies of the Does' Cross-Complaint, the Application and supporting declarations and this Order shall be served on the Estate not later than April 7, 2008; that any opposition filed by Estate shall be filed and served on the Does' counsel by **April 11, 2008**, at 4:00 p.m. and that any reply filed by the Does shall be filed and served on the Estate by **April 15, 2008** at 4:00 p.m.

IT IS HEREBY ORDERED that the Does are not required to post a bond as provided by Local Rule 65.1-151.

This Order is issued on April 7, 2008 at 12:00 p.m.

_____
FRANK C. DAMRELL, JR.
United States District Judge