| | |
|---|---|
| 1 | JERRY H. STEIN (State Bar No. 78309) |
| | LEVIN & STEIN |
| 2 | 28494 Westinghouse Place, Suite 201 |
| | Valencia, California 91355 |
| 3 | Telephone:  (310) 207-4663 |
| | Facsimile:  (310) 207-2803 |
| 4 | Email:  jstein@lscslaw.com |
| 5 | KEN T. KUNIYUKI |
| | KUNIYUKI & CHANG |
| 6 | Suite 2660, Pauahi Tower |
| | 1003 Bishop Street |
| 7 | Honolulu, HI  96813-3429 |
| | Telephone:  (808) 524-4111 |
| 8 | Facsimile:  (808) 521-2389 |
| | Email:  ken@law-hawaii.com |

Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT, | CASE NO.:08-00672 FCD-KSM |
| Plaintiff, | WAIVER OF SERVICE OF SUMMONS AND ACCEPTANCE OF SERVICE OF DOCUMENTS FILED IN THE CASE |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, | |
| Defendants. | |
| JOHN DOE; and JANE DOE, | |
| Cross and Counter-Claimants | |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT, | |
| Cross and Counter-Defendants | |

1

WAIVER OF SERVICE OF SUMMONS AND ACCEPTANCE OF SERVICE OF DOCUMENTS FILED IN THE CASE

Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate (collectively the "Estate"), acting by and through counsel, have agreed to accept service of the following documents filed in this case:

1. JOHN AND JANE DOE'S CROSS-CLAIM FOR TEMPORARY RESTRAINING ORDER; PRELIMINARY INJUNCTION; AND PERMANENT INJUNCTION; AND FOR DECLARATORY RELIEF; AND COUNTER-CLAIM FOR INDEMNITY;
2. EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; AND; MEMORANDUM OF POINTS AND AUTHORITIES;
3. DECLARATION OF KEN T. KUNIYUKI IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
4. AMENDED DECLARATION OF KEN T. KUNIYUKI IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
5. DECLARATION OF JANE DOE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
6. [Proposed] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND SETTING HEARING FOR PRELIMINARY INJUNCTION;
7. TEMPORARY RETRAINING ORDER ISSUED B Y THE COURT OF APRIL 7, 2008;
8. COURT'S APRIL 4, 2008 MINUTE ORDER; and
9. ANSWER TO COMPLAINT FOR DECLARATORY RELIEF.

The Estate will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons or of any of

//
//
//

the other documents set forth above.

DATED: April 8, 2008

CADES SCHUTTE

By: ______________________
David Schulmeister
Attorneys for The Estate