

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

Eric Grant

               Plaintiff,

        Case No. 08-00672 FCD-KJM

  v.

Kamehameha Schools/Bernice Pauahi
Bishop Estate; J. Douglas Ing, Nainoa
Thompson, Diane J. Plotts, Robert K. U.
Kihune, and Corbett A.K. Kalama, in their
capacities as Trustees of the
Kamehameha Schools/Bernice Pauahi
Bishop Estate; John Doe; and Jane Doe

               Defendant(s).

       I, PAUL ALSTON, attorney for Kamehameha Schools/Bernice Pauahi Bishop Estate; J.

Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K. U. Kihune, and Corbett A.K.

Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop

Estate, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule

83-180(b)(2).  I understand and  consent to ECF Registration and Electronic Service as detailed

below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

       In support of this petition, I state under penalty of perjury that:

       My business address is:

| | |
|---|---|
| Firm Name: | ALSTON HUNT FLOYD & ING, Attorneys at Law, A Law Corporation |
| Address: | 18th Floor American Savings Bank Tower, 1001 Bishop Street |
| City: | Honolulu |
| State: | Hawai`i   ZIP Code: 96813 |
| Voice Phone: | 808-524-1800 |
| FAX Phone: | 808-524-4591 |
| Internet E-mail: | palston@ahfi.com |
| I reside in City: | Kailua   State:  Hawai`i |

I was admitted to practice in the Supreme Court of the State of Hawai`i on December 22, 1971.

Dockets.Justia.com

I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have not concurrently or within the year preceding this application made a pro hac vice application to this court.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:          Charlene S. Shimada

Firm Name:     Bingham McCutchen LLP

Address:       Three Embarcadero Center


City:          San Francisco

State:         California   ZIP Code: 94111

Voice Phone:  (415) 393-2000

FAX Phone:    (415) 393-2286

E-mail:        charlene.shimada@bingham.com


Dated: April 9, 2008          Petitioner: /s/ PAUL ALSTON

## ORDER

　　　　IT IS SO ORDERED.

Dated: April 10, 2008

_____
JUDGE, U.S. DISTRICT COURT