Bingham McCutcheon LLP
CHARLENE S. SHIMADA (SBN 91407)
charlene.shimada@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Alston Hunt Floyd & Ing
PAUL ALSTON (Admitted Pro Hac Vice)
palston@ahfi.com
18th Floor American Savings Bank Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: 808.524-1800
Facsimile: 808-524-4591

Attorneys for Defendants
KAMEHAMEHA SCHOOLS/BERNICE
PAUAHI BISHOP ESTATE; J. DOUGLAS
ING, NAINOA THOMPSON, DIANE J.
PLOTTS, ROBERT K.U. KIHUNE, and
CORBETT A.K. KALAMA, in their capacities
as Trustees of the Kamehameha
Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>    Plaintiff,<br>  v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>    Defendants. | No. 08-00672 FCD-KJM<br><br>DECLARATION OF COLLEEN I. WONG IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' OPPOSITION TO JOHN AND JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION |
| JOHN DOE and JANE DOE,<br><br>    Cross and Counter-Claimants,<br>  v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT,<br><br>    Cross and Counter-Defendants. | Date: April 17, 2008<br>Time: 4:00 p.m.<br>Courtroom: 2<br>Before: Hon. Frank C.<br>       Damrell, Jr. |

DECLARATION OF COLLEEN I. WONG IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' OPPOSITION
TO JOHN AND JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION; CASE NO.08-00672 FCD-KJM

Dockets.Justia.com

I, Colleen I. Wong, declare as follows:

1. I am Vice President for Legal Services and General Counsel of Defendant Kamehameha Schools. In that capacity, I serve as the chief in-house legal officer with respect to all legal matters for the Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively, the "Kamehameha Schools" or the "Estate").

2. I make this declaration based upon personal knowledge and am competent to testify to the matters stated in this declaration.

3. Having served for many years as General Counsel for Kamehameha Schools, I am intimately familiar with the claims brought by "John Doe, a minor, by his mother and next friend, Jane Doe" in litigation initiated on June 25, 2003 in the United States District Court for the District of Hawai`i and assigned Civil No. CV03-00316 ACK LES (the "Underlying Litigation"), which sought declaratory relief, a permanent injunction, and compensatory and punitive damages. I am similarly familiar with the terms of the confidential settlement agreement (the "Settlement Agreement") entered into between Kamehameha Schools and "Jane Doe" and "John Doe" (collectively, the "Does") to resolve the Underlying Litigation.

4. On February 8, 2008, The Honolulu Advertiser published details of the Settlement Agreement, including its monetary terms, which were reportedly revealed by John Goemans. Following that publication, I requested that outside counsel David Schulmeister, a member of the Cades Schutte LLP ("Cades Schutte") law firm in Honolulu, explore with the current Hawai`i counsel for the Does, Ken T. Kuniyuki, the possibility of resolving the breach of the confidentiality provision of the Settlement Agreement.

5. In that regard, Kamehameha Schools believes that the Settlement Agreement was breached. However, Kamehameha Schools has no present intention to sue Plaintiff Eric Grant. Similarly, the Estate has no intention to disclose the identities of the Does in connection with any future litigation or any effort to obtain any post-judgment remedy. Rather, given the conflicting statements by the Does, Mr. Grant and Mr. Goemans regarding the wrongful disclosure of the

DECLARATION OF COLLEEN I. WONG IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' OPPOSITION
TO JOHN AND JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION; CASE NO.08-00672 FCD-KJM

monetary terms of the Settlement Agreement, Kamehameha Schools has been reviewing, and continues to evaluate, its rights and claims. Accordingly, to my knowledge, no threat to disclose the Does' identities was made to the Does or their attorneys by Kamehameha Schools or anyone acting on its behalf.

6. Now and in the future--regardless of what Kamehameha Schools decides at the conclusion of its evaluation of the circumstances leading to breach of the Settlement Agreement--Kamehameha Schools will not, under any circumstances, violate the Settlement Agreement. In particular, Kamehameha Schools will not publicly identify the Does without a court order obtained after notice and hearing. This is not to say that Kamehameha Schools presently intends to seek such an order; rather, Kamehameha Schools is reserving its rights to seek such orders as may be necessary to vindicate its rights.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawaii, April 10, 2008.

/s/ Colleen I. Wong
COLLEEN I. WONG
(original signature retained by Paul Alston)