| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | CHARLENE S. SHIMADA (SBN 91407) |
| 2 | charlene.shimada@bingham.com |
| | Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| 4 | Facsimile: 415.393.2286 |
| 5 | Alston Hunt Floyd & Ing |
| | PAUL ALSTON (Admitted Pro Hac Vice) |
| 6 | palston@ahfi.com |
| | American Savings Bank Tower, 18th Floor |
| 7 | 1001 Bishop Street |
| | Honolulu, HI 96813 |
| 8 | Telephone: 808.524.1800 |
| | Facsimile: 808.524.4591 |
| 9 | |
| | Attorneys for Defendants |
| 10 | KAMEHAMEHA SCHOOLS/BERNICE |
| | PAUAHI BISHOP ESTATE; J. DOUGLAS |
| 11 | ING, NAINOA THOMPSON, DIANE J. |
| | PLOTTS, ROBERT K.U. KIHUNE, and |
| 12 | CORBETT A.K. KALAMA, in their capacities |
| | as Trustees of the Kamehameha |
| 13 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC GRANT, | | No. 08-00672 FCD-KJM |
| | Plaintiff, | APPENDIX OF UNPUBLISHED DECISIONS IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' OPPOSITION TO JOHN AND JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION |
| v. | | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, | | |
| | Defendants. | |
| JOHN DOE and JANE DOE, | | Date: April 17, 2008 |
| | Cross and Counter-Claimants, | Time: 4:00 p.m. |
| v. | | Courtroom: 2 |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT, | | Before: Hon. Frank C. Damrell, Jr |
| Cross and Counter-Defendants. | | |

APPENDIX OF UNPUBLISHED DECISIONS IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' OPPOSITION
TO JOHN AND JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION; CASE NO.08-00672 FCD-KJM

Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate, J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate, cite the following unpublished opinions, copies of which are attached:

| Cases | Exhibit |
|---|---|
| *Helix Elec. Inc. v. Div. of Labor Standards Enforcement*, No. Civ. 05-2303 FCD KJM, 2006 WL 464083 (E.D. Cal. Feb. 27, 2006) | A |
| *Henderson v. Felker,* No. CIV S-06-1325 FCD EFB P., 2008 WL 650253 (E.D. Cal. March 5, 2008) | B |
| *Hensley v. City of San Buenaventura,* No. 07-CV-0398-W (NLS), 2008 WL 768134 (S.D. Cal. March 18, 2008) | C |
| *Isenberg v. Yanni's Remodeling*, No. 07-3646, 2007 WL 3252542 (E.D. Pa. Oct. 31, 2007) | D |
| *Nelson v. Mass. Gen. Hosp.*, No. 04-CV-5382 (CM), 2007 WL 2781241 (S.D.N.Y. Sept. 20, 2007) | E |