1  Bingham McCutchen LLP
   CHARLENE S. SHIMADA (SBN 91407)
2  charlene.shimada@bingham.com
   Three Embarcadero Center
3  San Francisco, CA 94111-4067
   Telephone: 415.393.2000
4  Facsimile: 415.393.2286

5  Alston Hunt Floyd & Ing
   PAUL ALSTON (Admitted Pro Hac Vice)
6  palston@ahfi.com
   American Savings Bank Tower, 18th Floor
7  1001 Bishop Street
   Honolulu, HI 96813
8  Telephone: 808.524.1800
   Facsimile: 808.524.4591
9
   Attorneys for Defendants
10 KAMEHAMEHA SCHOOLS/BERNICE
   PAUAHI BISHOP ESTATE; J. DOUGLAS
11 ING, NAINOA THOMPSON, DIANE J.
   PLOTTS, ROBERT K.U. KIHUNE, and
12 CORBETT A.K. KALAMA, in their capacities
   as Trustees of the Kamehameha
13 Schools/Bernice Pauahi Bishop Estate

14                    UNITED STATES DISTRICT COURT

15                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16 ERIC GRANT,<br>17     Plaintiff,<br>    v.<br>18 KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP<br>19 ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K.<br>20 KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE<br>21 DOE,<br>    Defendants. | No. 08-00672 FCD-KJM<br><br>[PROPOSED] ORDER DENYING JOHN AND JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION |
| 22 JOHN DOE and JANE DOE,<br>23     Cross and Counter-Claimants,<br>    v.<br>24 KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP<br>25 ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K.<br>26 KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT,<br>27 Cross and Counter-Defendants. | Date: April 17, 2008<br>Time: 4:00 p.m.<br>Courtroom: 2<br>Before: Hon. Frank C.<br>        Damrell, Jr. |

28

1    Cross-Claimants John Doe and Jane Doe's motion for preliminary injunction
2  came on regularly for hearing before this Court on April 17, 2008. After full consideration of the
3  moving and opposing papers of each party, the arguments of counsel, and all other matters
4  presented to the Court, IT IS HEREBY ORDERED that the motion for preliminary injunction is
5  DENIED.

7  DATED: _____, 2008      _____
                                     HON. FRANK C. DAMRELL, JR.
                                     United States District Judge