## BINGHAM

Charlene S. Shimada
Direct Phone: 415.393.2369
Direct Fax:    415.393.2286
charlene.shimada@bingham.com

April 15, 2008

**Via Electronic Filing**

Hon. Frank C. Damrell, Jr.
United States District Court, Eastern District of California
501 I Street
Sacramento, CA 95814

Re:  **Grant v. Kamehameha Schools, et al., No. 08-00672 FCD-KJM**
     **Preliminary Injunction Hearing Scheduled April 17, 2008, 4 p.m.**

Dear Judge Damrell:

We are co-counsel for defendants and cross-defendants Kamehameha Schools and its trustees (collectively, "Kamehameha Schools"). Pursuant to Civil Local Rule 65-231(d)(3), we write to inform the Court that Kamehameha Schools does not wish to present oral testimony at the hearing on the motion for preliminary injunction, and estimates that the hearing will require no more than thirty minutes.

As of this writing, cross-claimants John and Jane Doe have not yet filed a reply in support of their motion for injunction. If they do, and if Kamehameha Schools wishes to present oral testimony or request a longer hearing to rebut the reply, Kamehameha Schools will promptly notify the Court.

Very truly yours,

*Charlene S. Shimada*

Charlene S. Shimada
Attorneys for Defendants and Cross-Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

cc:   Paul Alston, Esq., co-counsel for Kamehameha Schools (by CM/ECF)
      Jerry H. Stein, Esq., co-counsel for cross-claimants Does (by CM/ECF)
      Ken T. Kuniyuki, Esq., co-counsel for cross-claimants Does (by CM/ECF)
      Eric Grant, Esq., co-counsel for plaintiff Eric Grant (by CM/ECF)
      James J. Banks, Esq., co-counsel for plaintiff Eric Grant (by CM/ECF)

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com