JERRY H. STEIN (State Bar No. 78309)
LEVIN & STEIN
28494 Westinghouse Place, Suite 201
Valencia, California 91355
Telephone: (310) 207-4663
Facsimile: (310) 207-2803
Email: jstein@lscslaw.com

KEN T. KUNIYUKI
KUNIYUKI & CHANG
Suite 2660, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813-3429
Telephone: (808) 524-5111
Facsimile: (808) 521-2389
Email: ken@law-hawaii.com

Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>    Plaintiff,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>    Defendants.<br><br>JOHN DOE; and JANE DOE,<br><br>    Counter-Claimants<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT,<br><br>    Counter-Defendants | CASE NO.:08-00672 FCD-KSM<br><br>DECLARATION OF JERRY H. STEIN IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

1

DECLARATION OF JERRY H. STEIN IN SUPPORT OF REPLY

I, Jerry H. Stein, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Levin & Stein, which firm represents the Does in this action. I have personal knowledge of all facts set forth in this Declaration and if called upon to testify, I could and would testify competently thereto.

2. On April 14, 2008, I did a search on the Lexis data base to determine if there were any transactions in which the Estate of Bernice Pauahi Bishop (the "Estate") appeared as a seller or buyer of real property in California. Four such transactions were identified, including a June 2003 transaction in which the Estate sold property in Riverside County. A true and correct printout of the information available on Lexis regarding this June of 2003 transaction is attached hereto as Exhibit 1.

3. Attached hereto as Exhibit 2 is a true and correct copy (without attachments) of an E-mail I received from Paul Alston, one of the Estate's attorneys. The E-mail provides in relevant part:

> "Attached is a letter the Cades firm received from Banks & Watson. As you will see, that letter claims (wrongly) that KS "believes it has no claim" against Mr. Grant. KS presently has no such belief; it is, as I said above, still evaluating its rights."

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2008.

/s/ Jerry H. Stein[1]
Jerry H. Stein

---

[1] Counsel has the executed original.