1  JERRY H. STEIN
   LEVIN & STEIN
2  28494 Westinghouse Place, Suite 201
   Valencia, California 91355
3  Telephone: (310) 207-4663
   Facsimile: (310) 207-2803
4  Email: **jstein@lscslaw.com**

5  KEN T. KUNIYUKI
   KUNIYUKI & CHANG
6  Suite 2660, Pauahi Tower
   1003 Bishop Street
7  Honolulu, HI 96813-3429
   Telephone: (808) 524-5111
8  Facsimile: (808) 521-2389
   Email: **ken@law-hawaii.com**
9
   Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE
10
                    UNITED STATES DISTRICT COURT
11
                   EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| 13  ERIC GRANT, ) | CASE NO.:08-00672 FCD-KSM |
| ) | |
| 14      Plaintiff, ) | SECOND SUPPLEMENTAL DECLARATION |
|       v. ) | OF KEN T. KUNIYUKI IN SUPPORT OF |
| 15  KAMEHAMEHA SCHOOLS/BERNICE ) | JOHN AND JANE DOE'S MOTION FOR |
|   PAUAHI BISHOP ESTATE; J. DOUGLAS ING, ) | PRELIMINARY INJUNCTION |
| 16  NAINOA THOMPSON, DIANE J. PLOTTS, ) | |
|   ROBERT K.U. KIHUNE, and CORBETT A.K ) | |
| 17  KALAMA, in their capacities as Trustees of the ) | |
|   Kamehameha Schools/ Bernice Pauahi Bishop ) | |
| 18  Estate; JOHN DOE; and JANE DOE, ) | |
| ) | |
| 19      Defendants. ) | |
| ) | |
| 20  JOHN DOE; and JANE DOE, ) | |
| ) | |
| 21      Counter-Claimants ) | |
| ) | |
| 22      v. ) | |
| ) | |
| 23  KAMEHAMEHA SCHOOLS/BERNICE ) | |
|   PAUAHI BISHOP ESTATE; J. DOUGLAS ING, ) | |
| 24  NAINOA THOMPSON, DIANE J. PLOTTS, ) | |
|   ROBERT K.U. KIHUNE, and CORBETT A.K ) | |
| 25  KALAMA, in their capacities as Trustees of the ) | |
|   Kamehameha Schools/ Bernice Pauahi Bishop ) | |
| 26  Estate; and ERIC GRANT, ) | |
| ) | |
| 27      Counter-Defendants ) | |

28

                                1
_____
       SECOND SUPPLEMENTAL DECLARATION OF KEN T. KUNIYUKI

Dockets.Justia.com

I, Ken T. Kuniyuki, declare as follows:

1.     I am one of the present attorneys for John and Jane Doe in the underlying action and make this declaration based upon personal knowledge.

2.     My Declaration filed with the Court on April 15 provided at paragraph 7 provided:

"Based upon my review of the file and my discussions with Goemans it is my understanding that in July of 2007, the settlement agreement was transmitted from Banks's California counsel to Goemans's California counsel and then from Goemans's California counsel to Goemans while Goemans was residing in California."

3.     There is a mistake in that paragraph as the word "Bank's" should have been "Grant's." Thus, the paragraph should have read:

"Based upon my review of the file and my discussions with Goemans it is my understanding that in July of 2007, the settlement agreement was transmitted from Grant's California counsel to Goemans's California counsel and then from Goemans's California counsel to Goemans while Goemans was residing in California."

4.     The paragraph is also unclear in that it does not specify what Goemans' told me as opposed to the information I learned by reviewing the file. In preparing my declaration I did review a document that was provided to me which shows that on July 2, 2007, a copy of the settlement agreement was sent by an attorney in California, Robert Esensten to Goemans at an address in Beverly Hills, California.

5.     In addition, since filing my Declaration I have subsequently reviewed a June 11, 2007 letter from Esensten to James Banks ("Banks") which contained the following language:

"Please also provide me a copy of the Settlement Agreement executed by [Jane Doe]. I understand that [Jane Doe] has made multiple requests for this Settlement Agreement to date."

It is my understanding that Esensten made the above-quoted request in his capacity as counsel for the Does.

6.     I have also reviewed a letter from Banks to Esensten dated June 22, 2007, which contains

SECOND SUPPLEMENTAL DECLARATION OF KEN T. KUNIYUKI

the following language:

"Pursuant to your request, I enclose an executed copy of the Settlement Agreement and General Release entered into in that certain litigation styled, *Doe* v. *Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.*"

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2008.

Ken T. Kuniyuki