Bingham McCutchen LLP
CHARLENE S. SHIMADA (SBN 91407)
charlene.shimada@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Alston Hunt Floyd & Ing
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
18th Floor American Savings Bank Tower
1001 Bishop Street
Honolulu, HI 96813
Telephone: 808.524-1800
Facsimile: 808-524-4591

Attorneys for Defendants and Crossclaim
Defendants KAMEHAMEHA
SCHOOLS/BERNICE PAUAHI BISHOP
ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT
K.U. KIHUNE, and CORBETT A.K. KALAMA,
in their capacities as Trustees of the Kamehameha
Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>　　　　Defendants.<br><br>JOHN DOE and JANE DOE,<br><br>　　　　Cross and Counter-Claimants,<br><br>　　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT,<br><br>　　　　Crossclaim Defendants. | No. 08-00672 FCD-KJM<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING NONDISCLOSURE |

STIPULATION AND [PROPOSED] ORDER REGARDING NONDISCLOSURE, Case No. 08-00672 FCD-KJM

James Banks, counsel for Plaintiff/Counter-Claim Defendant Eric Grant; Jerry Stein, counsel for Defendant/Counter- and Cross-Claimants John and Jane Doe (together, "the Does"); and Paul Alston, Charlene S. Shimada and Robert A. Brundage, counsel for Defendants and Crossclaim Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively, "Kamehameha Schools") came before the Court for hearing on April 17, 2008.

After discussion, the Parties agreed as follows:

1. Pending further order of the Court, Kamehameha Schools will not, directly or indirectly, disclose the identities of one or both of the Does. Provided, however, that nothing herein will limit Kamehameha Schools' rights to seek this Court's approval for any disclosure authorized under the May 2007 Settlement Agreement.

2. Kamehameha Schools may move for an order permitting disclosure upon notice briefing and hearing. Kamehameha Schools will not seek to have any hearing on such a motion held on shortened notice unless the disclosure is a compulsory disclosure (*i.e.,* for regulatory reasons, in response to a subpoena, or other court order) and circumstances beyond Kamehameha Schools' ability to control prevent approval on a noticed motion set in the ordinary course without shortening time. Kamehameha Schools will give counsel for the Does and Grant immediate written notice of any circumstance which might necessitate such shortened notice.

3. All of Kamehameha Schools' objections to personal and subject matter jurisdiction are preserved and this stipulation shall not prejudice Kamehameha Schools in any way with respect thereto. Kamehameha Schools' right to object to venue and seek a transfer of venue of this case pursuant to 28 U.S.C. § 1404 et seq. is similarly preserved intact.

4. Counsel for Kamehameha Schools, without waiving any of the rights and objections retained in the preceding paragraph, will forthwith waive service of Grant's complaint pursuant to Federal Rule of Civil Procedure 4(d). Kamehameha Schools shall answer, move or otherwise respond to both the complaint and the Does' crossclaim on or before June 9, 2008, unless the parties hereafter agree otherwise.

5. Nothing herein shall be interpreted or applied to prejudice any party's substantive or procedural claims, rights, or defenses in any way.

DATED: April 23, 2008        Bingham McCutchen LLP

By: /s/ Charlene S. Shimada
Charlene S. Shimada
Attorneys for Defendants and Crossclaim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U.
KIHUNE, and CORBETT A.K. KALAMA, in their
capacities as Trustees of the Kamehameha Schools/Bernice
Pauahi Bishop Estate

DATED: April 23, 2008        Alston Hunt Floyd & Ing

By: /s/ Paul Alston
Paul Alston
Attorneys for Defendants and Crossclaim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U.
KIHUNE, and CORBETT A.K. KALAMA, in their
capacities as Trustees of the Kamehameha Schools/Bernice
Pauahi Bishop Estate

DATED: April 23, 2008        Levin & Stein

By: /s/ Jerry H. Stein
Jerry H. Stein
Attorneys for Defendants, Counter-Claimants and
Cross-Claimants
JOHN DOE and JANE DOE

DATED: April 23, 2008        Banks & Watson

By: /s/ James J. Banks
James J. Banks
Attorneys for Plaintiff and Counter-Defendant
ERIC GRANT

3
STIPULATION AND [PROPOSED] ORDER REGARDING NONDISCLOSURE, Case No. 08-00672 FCD-KJM

1 | IT IS SO ORDERED.

3 | DATED: April _____, 2008    By: _____
      HON. FRANK C. DAMRELL, JR.
      United States District Judge