| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | CHARLENE S. SHIMADA (SBN 91407) |
| 2 | charlene.shimada@bingham.com |
| | Three Embarcadero Center |
| 3 | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| 4 | Facsimile: 415.393.2286 |
| 5 | Alston Hunt Floyd & Ing |
| | PAUL ALSTON (Admitted Pro Hac Vice) |
| 6 | CLYDE J. WADSWORTH (SBN 118928) |
| | palston@ahfi.com |
| 7 | cwadsworth@ahfi.com |
| | 18th Floor American Savings Bank Tower |
| 8 | 1001 Bishop Street |
| | Honolulu, HI 96813 |
| 9 | Telephone: 808.524-1800 |
| | Facsimile: 808-524-4591 |
| 10 | |
| | Attorneys for Defendants and Crossclaim |
| 11 | Defendants KAMEHAMEHA |
| | SCHOOLS/BERNICE PAUAHI BISHOP |
| 12 | ESTATE; J. DOUGLAS ING, NAINOA |
| | THOMPSON, DIANE J. PLOTTS, ROBERT |
| 13 | K.U. KIHUNE, and CORBETT A.K. KALAMA, |
| | in their capacities as Trustees of the Kamehameha |
| 14 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | ERIC GRANT, | No. 08-00672 FCD-KJM |
| 18 | Plaintiff, | STIPULATION AND |
| | v. | ORDER REGARDING |
| 19 | KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP | NONDISCLOSURE |
| 20 | ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. | |
| 21 | KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE | |
| 22 | DOE, | |
| | Defendants. | |
| 23 | JOHN DOE and JANE DOE, | |
| 24 | Cross and Counter-Claimants, | |
| 25 | v. | |
| 26 | KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. | |
| 27 | KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT, | |
| 28 | Crossclaim Defendants. | |

STIPULATION AND ORDER REGARDING NONDISCLOSURE, Case No. 08-00672 FCD-KJM

James Banks, counsel for Plaintiff/Counter-Claim Defendant Eric Grant; Jerry Stein, counsel for Defendant/Counter- and Cross-Claimants John and Jane Doe (together, "the Does"); and Paul Alston, Charlene S. Shimada and Robert A. Brundage, counsel for Defendants and Crossclaim Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively, "Kamehameha Schools") came before the Court for hearing on April 17, 2008.

After discussion, the Parties agreed as follows:

1. Pending further order of the Court, Kamehameha Schools will not, directly or indirectly, disclose the identities of one or both of the Does. Provided, however, that nothing herein will limit Kamehameha Schools' rights to seek this Court's approval for any disclosure authorized under the May 2007 Settlement Agreement.

2. Kamehameha Schools may move for an order permitting disclosure upon notice briefing and hearing. Kamehameha Schools will not seek to have any hearing on such a motion held on shortened notice unless the disclosure is a compulsory disclosure (*i.e.,* for regulatory reasons, in response to a subpoena, or other court order) and circumstances beyond Kamehameha Schools' ability to control prevent approval on a noticed motion set in the ordinary course without shortening time. Kamehameha Schools will give counsel for the Does and Grant immediate written notice of any circumstance which might necessitate such shortened notice.

3. All of Kamehameha Schools' objections to personal and subject matter jurisdiction are preserved and this stipulation shall not prejudice Kamehameha Schools in any way with respect thereto. Kamehameha Schools' right to object to venue and seek a transfer of venue of this case pursuant to 28 U.S.C. § 1404 et seq. is similarly preserved intact.

4. Counsel for Kamehameha Schools, without waiving any of the rights and objections retained in the preceding paragraph, will forthwith waive service of Grant's complaint pursuant to Federal Rule of Civil Procedure 4(d). Kamehameha Schools shall answer, move or otherwise respond to both the complaint and the Does' crossclaim on or before June 9, 2008, unless the parties hereafter agree otherwise.

**1**         5. Nothing herein shall be interpreted or applied to prejudice any party's

**2** substantive or procedural claims, rights, or defenses in any way.

**4** DATED: April 23, 2008      Bingham McCutchen LLP

                                                            By:       /s/ Charlene S. Shimada
                                                                     Charlene S. Shimada
                      Attorneys for Defendants and Crossclaim Defendants
                              KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
                                BISHOP ESTATE; J. DOUGLAS ING, NAINOA
                                THOMPSON, DIANE J. PLOTTS, ROBERT K.U.
                                KIHUNE, and CORBETT A.K. KALAMA, in their
                      capacities as Trustees of the Kamehameha Schools/Bernice
                                        Pauahi Bishop Estate

DATED: April 23, 2008      Alston Hunt Floyd & Ing

                                          By:       /s/ Paul Alston
                                                       Paul Alston
                    Attorneys for Defendants and Crossclaim Defendants
                            KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
                            BISHOP ESTATE; J. DOUGLAS ING, NAINOA
                            THOMPSON, DIANE J. PLOTTS, ROBERT K.U.
                            KIHUNE, and CORBETT A.K. KALAMA, in their
                capacities as Trustees of the Kamehameha Schools/Bernice
                                    Pauahi Bishop Estate

DATED: April 23, 2008      Levin & Stein

                                          By:       /s/ Jerry H. Stein
                                                     Jerry H. Stein
                      Attorneys for Defendants, Counter-Claimants and
                                       Cross-Claimants
                                    JOHN DOE and JANE DOE

DATED: April 23, 2008      Banks & Watson

                                          By:       /s/ James J. Banks
                                                     James J. Banks
                         Attorneys for Plaintiff and Counter-Defendant
                                          ERIC GRANT

1  IT IS SO ORDERED.

2

3  DATED:  April  24, 2008          By:

                                    _____
                                    HON. FRANK C. DAMRELL, JR.
                                    United States District Judge