| | |
|---|---|
| 1 | ALSTON HUNT FLOYD & ING |
| | PAUL ALSTON (Admitted Pro Hac Vice) |
| 2 | CLYDE J. WADSWORTH (SBN 118928) |
| | palston@ahfi.com |
| 3 | cwadsworth@ahfi.com |
| | 18th Floor American Savings Bank Tower |
| 4 | 1001 Bishop Street |
| | Honolulu, HI 96813 |
| 5 | Telephone: (808) 524-1800 |
| | Facsimile: (808) 524-4591 |
| 6 | |
| | BINGHAM McCUTCHEN LLP |
| 7 | CHARLENE S. SHIMADA (SBN 91407) |
| | JOHN D. PERNICK (SBN 155468) |
| 8 | ROBERT BRUNDAGE (SBN 159890) |
| | charlene.shimada@bingham.com |
| 9 | john.pernick@bingham.com |
| | robert.brundage@bingham.com |
| 10 | Three Embarcadero Center |
| | San Francisco, CA 94111-4067 |
| 11 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 393-2286 |
| 12 | |
| | Attorneys for Defendants and Crossclaim Defendants |
| 13 | KAMEHAMEHA SCHOOLS/BERNICE PAUAHI |
| | BISHOP ESTATE; J. DOUGLAS ING, NAINOA |
| 14 | THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| | and CORBETT A.K. KALAMA, in their capacities |
| 15 | as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC GRANT, | | CASE NO. 2:08-cv-00672-FCD-KJM |
| | Plaintiff, | **WAIVER OF SERVICE OF SUMMONS AND ACCEPTANCE OF SERVICE OF DOCUMENTS FILED IN THIS CASE** |
| v. | | [Fed. R. Civ. P. 4(d)] |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al., | | |
| | Defendants. | |
| AND RELATED COUNTERCLAIM. | | |

677555_1 / 8348-4 {00038965.DOC; 1}  -1-  WAIVER OF SERVICE OF SUMMONS

dockets.Justia.com

Defendants and Crossclaim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate (collectively the "Estate"), acting by and through counsel, acknowledge receiving copies of the following documents filed in this case and hereby agree to waive formal service thereof:

1. Summons and Complaint for Declaratory Relief;
2. Civil Cover Sheet;
3. Order Requiring Joint Status Report;
4. Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions; and
5. Notice of Availability Voluntary Dispute Resolution.

The Estate will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons or of any of the other documents set forth above.

Service is deemed effective as of April 24, 2008.

DATED: May 7, 2008

ALSTON HUNT FLOYD & ING

By: _____
CLYDE J. WADSWORTH

Attorneys for Defendants and Crossclaim Defendants KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate