Bingham McCutchen LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Alston Hunt Floyd & Ing
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower, 18th Floor
1001 Bishop Street
Honolulu, HI 96813
Telephone: 808.524.1800
Facsimile: 808.524.4591

Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　　Plaintiff,<br>　　v.<br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br>　　　　　Defendants.<br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND AND FOR ADDITIONAL PAGES |

Plaintiff and Counter-Defendant Eric Grant, Defendants, Cross and Counter-Claimants John Doe and Jane Doe and Defendants and Cross-Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate; J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, And Corbett A.K. Kalama (collectively, "KS"), through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff and Counter-Defendant Eric Grant filed his complaint in this action on March 28, 2008; and

WHEREAS, Defendants, Cross and Counter-Claimants John Doe and Jane Doe (collectively, the "Does") filed their Cross and Counterclaim on April 1, 2008; and

WHEREAS, on April 24, 2008, the Court entered a Stipulation and Order Regarding Nondisclosure which provided, *inter alia*, that KS shall answer, move, or otherwise respond to Grant's Complaint and the Does' Cross-Claim on or before June 9, 2008, unless the parties agree otherwise; and

WHEREAS, the parties have agreed to a Stipulated Protective Order and are awaiting its approval by the Court before producing confidential documents or confidential information in response to discovery requests, and

WHEREAS, the parties need additional time for the briefing in connection with KS' responsive motions as well as additional pages for their respective briefs;

NOW, THEREFORE, the parties hereby agree and stipulate to the following:

1. KS shall file its motions to dismiss Grant's Complaint and the Does' Cross-Claim on or before July 9, 2008 and shall set the motions for hearing not less than thirty-five (35) days after filing and electronic service thereof.

2. Notwithstanding Local Rule 78-230(c), Grant and the Does may serve their oppositions by electronic service not less than fourteen (14) days preceding the hearing date.

3. The page limit for KS' opening brief and Grant's and the Does' oppositions shall be 25 pages and the page limit for KS' consolidated reply brief shall be 20 pages.

| | | |
|---|---|---|
| 1 | DATED:  June 5, 2008 | BANKS & WATSON |
| 2 | | |
| 3 | | By:      /s/ James J. Banks |
| 4 | | JAMES J. BANKS<br>Attorneys for Plaintiff and Counter-Defendant ERIC GRANT |
| 5 | | |
| 6 | DATED:  June 6, 2008 | BINGHAM McCUTCHEN LLP |
| 7 | | ALSTON HUNT FLOYD & ING |
| 8 | | |
| 9 | | By:      /s/ Paul Alston |
| 10 | | PAUL ALSTON<br>CHARLENE SHIMADA |
| 11 | | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP |
| 12 | | ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, |
| 13 | | ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as |
| 14 | | Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate |
| 15 | | |
| 16 | DATED:  June 6, 2008 | LEVIN & STEIN |
| 17 | | KUNIYUKI & CHANG |
| 18 | | |
| 19 | | By:      /s/ Jerry H. Stein |
| 20 | | JERRY H. STEIN<br>Attorneys for Defendants and Counterclaimants JOHN DOE and JANE |
| 21 | | DOE |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

2

STIPULATION FOR EXTENSION OF TIME AND ADDITIONAL PAGES; CASE NO.08-00672 FCD-KJM

A/72556407.1/2020749-0000332341

## ORDER

Based upon the stipulation of the parties reflected above, and good cause appearing therefor:

IT IS SO ORDERED.

Dated: _____          _____
                                  HON. FRANK C. DAMRELL