ALSTON HUNT FLOYD & ING
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, HI 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

BINGHAM McCUTCHEN LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants and Cross-Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE,
and CORBETT A.K. KALAMA, in their capacities
as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>        Plaintiff,<br><br>    v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>        Defendants.<br><br>And Related Cross and Counterclaims. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>NOTICE OF MOTION AND KAMEHAMEHA SCHOOLS DEFENDANTS' AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

682394/2 8348/4

NOTICE OF MOTION AND KAMEHAMEHA SCHOOLS DEFENDANTS' AND
CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate (collectively "KS"), acting by and through counsel, will and hereby move this Court for an order dismissing this action or, in the alternative, all claims for relief asserted against KS in Plaintiff's Complaint for Declaratory Relief ("Complaint") and John and Jane Doe's Cross-Claim for Temporary Restraining Order; Preliminary Injunction; and Permanent Injunction; and for Declaratory Relief; and Counter-Claim for Indemnity. This Motion shall be brought for hearing before the Honorable Frank C. Damrell, United States District Court, Eastern District of California, in Sacramento, California, on October 31, 2008, at 10:00 o'clock a.m.

DATED: July 9, 2008

ALSTON HUNT FLOYD & ING

BINGHAM McCUTCHEN LLP

By: /s/ Paul Alston
    PAUL ALSTON
    CLYDE J. WADSWORTH

Attorneys for Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

682394/2 8348/4     2

NOTICE OF MOTION AND THE KAMEHAMEHA SCHOOLS DEFENDANTS AND
CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM

# THE KAMEHAMEHA SCHOOLS DEFENDANTS AND
# CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS

Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively the "KS"), by this motion respectfully move this Court for an order dismissing with prejudice the Complaint against KS, as well as the Cross-claim filed by Jane and John Doe.

This Motion is brought pursuant to Rule 12(b)(1) and (2) of the Federal Rules of Civil Procedure on the grounds that (1) this Court lacks subject matter jurisdiction over this action because when the parties are properly re-aligned, there is no diversity jurisdiction under 28 U.S.C. § 1332; (2) alternatively, this Court lacks personal jurisdiction over KS and all claims asserted against it must be dismissed; and (3) alternatively, even if there are otherwise no jurisdictional defects, the Court should exercise its discretion to decline its jurisdiction and dismiss this action because Plaintiff has no proper basis for seeking relief under the Declaratory Judgment Act (28 U.S.C. § 2201).

This Motion is based on the memorandum of points and authorities, declarations and exhibits in support of this Motion, the Appendix and attached exhibits, the Request for Judicial Notice and attached exhibits, the Notice of Manual Filing and attached exhibits, the Motion to File Under Seal and attached exhibits to be filed in support of this Motion to Dismiss, the pleadings, records and papers on file in this action, the arguments of counsel and any other matters properly before this Court.

DATED: July 9, 2008

ALSTON HUNT FLOYD & ING

BINGHAM McCUTCHEN LLP

By: /s/ Paul Alston
    PAUL ALSTON
    CLYDE J. WADSWORTH

Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

682394/2 8348/4    3

NOTICE OF MOTION AND THE KAMEHAMEHA SCHOOLS DEFENDANTS AND
CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM