| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468) |
| | ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com |
| | john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com |
| | Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing |
| | PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928) |
| | palston@ahfi.com |
| 9 | cwadsworth@ahfi.com |
| | American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street |
| | Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800 |
| | Facsimile: 808.524.4591 |
| 12 | |
| 13 | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT, | No. 08-00672 FCD-KJM |
| Plaintiff, | DECLARATION OF PAUL ALSTON IN SUPPORT OF THE KAMEHAMEHA |
| v. | SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, | MOTION TO DISMISS; EXHIBITS 4-5; 7-9, 23 AND 24 |
| | Date: October 31, 2008 |
| | Time: 10:00 a.m. |
| | Courtroom: 2 |
| | Before: Hon. Frank C. Damrell, Jr. |
| Defendants. | |
| And Related Cross and Counterclaims. | |

---

DECLARATION OF PAUL ALSTON IN SUPPORT OF KAMEHAMEHA SCHOOLS
DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM

682334-1/8348-4

I, Paul Alston, declare as follows:

1. I am a shareholder and director in the law firm of Alston Hunt Floyd & Ing, co-counsel in this action for defendants and cross-claim defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS").

2. I make this declaration based upon personal knowledge and am competent to testify to the matters stated in this declaration.

3. In a meeting of the parties held by teleconference on April 24, 2008, counsel for the parties agreed to exchange informal discovery requests in letter form in order to expedite discovery on threshold jurisdictional and venue issues.

4. Accordingly, on May 6, 2008, I sent on behalf of KS a letter to Jerry Stein, counsel for defendants and cross-claimants John Doe and Jane Doe, and to James Banks, counsel for plaintiff Eric Grant, informally requesting documents and information.

5. On May 16, 2008, I received a letter from plaintiff Eric Grant responding to KS' discovery requests to Mr. Grant. The letter sets forth KS's questions, then Mr. Grant's answers. A true and correct copy of Mr. Grant's response, as supplemented on July 8, 2008, is attached as Exhibit 4.

6. On May 16, 2008, I received a letter from Mr. Stein responding to KS' informal discovery requests to the Does. The letter sets forth KS's questions, then the Does' answers. A true and correct copy of the Does' response is attached as Exhibit 5.

7. Attached as Exhibit 7 is a true and correct copy of Defendants and Counter-Claimants John Doe and Jane Doe's ("Does") Answer to Complaint for Declaratory Relief; Demand for Jury Trial, filed in this action on April 1, 2008.

8. Attached as Exhibit 8 is a true and correct copy of Plaintiff Eric Grant's Complaint for Declaratory Relief; Demand for Jury Trial, filed in this action on March 28, 2008.

9. Attached as Exhibit 9 is a true and correct copy of Does' Cross-Claim for Temporary Retraining Order; Preliminary Injunction; and Permanent Injunction; and for

Declaratory Relief; and Counter-Claim for Indemnity; Demand for Jury Trial, filed in this action on April 1, 2008.

10. A true and correct copy of the Settlement and Mutual Release Agreement, dated September 2, 2007 ("Settlement Agreement") which we received from Mr. Stein on June 19, 2008, pursuant to our informal discovery request is submitted separately under seal as Exhibit 23.

11. A true and correct copy of Exhibit A to the Settlement Agreement which we received from Mr. Stein on June 21, 2008, pursuant to our informal discovery request, is submitted separately under seal as Exhibit 24.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, July 9, 2008.

<pre>
                                    /s/ Paul Alston
                                  PAUL ALSTON
                         (original signature retained by Paul Alston)
</pre>