| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468)<br>ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com<br>john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com<br>Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing<br>PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928)<br>palston@ahfi.com |
| 9 | cwadsworth@ahfi.com<br>American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street<br>Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800<br>Facsimile: 808.524.4591 |
| 12 | |
| 13 | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ |
| 14 | BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, |
| 15 | DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their |
| 16 | capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br>  Plaintiff,<br>  v.<br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br>  Defendants.<br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>DECLARATION OF CORBETT A.K. KALAMA IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' MOTION TO DISMISS<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

I, Corbett A.K. Kalama, declare as follows:

1. Since April 1, 2007, I have served as a trustee of the Kamehameha Schools/Bernice Pauahi Bishop Estate ("KS"), and was a trustee at the time the litigation between KS and John and Jane Doe (collectively, the "Does") was resolved through a settlement agreement.

2. I make this declaration based upon personal knowledge and am competent to testify to the matters stated in this declaration.

3. During my tenure as trustee, the other trustees and I were, at all times, responsible for overseeing the defense of KS' admissions policies in the lawsuit the Does filed in Hawai`i. We exercised those duties through numerous meetings in Hawai`i with our in-house and outside legal counsel. All of the meetings were convened at KS' business office in Honolulu, Hawai`i. On some occasions, for convenience, one or more trustees and/or counsel participated by telephone, but on each occasion, the majority of the trustees were in Honolulu, Hawai`i.

4. During May of 2007, KS and the Does were engaged in settlement discussions to resolve the Does' claims against KS. Only the board of trustees, on behalf of KS, could authorize and approve the settlement agreement.

5. In May 2007, KS and the Does reached agreement on settlement terms and the terms were memorialized in a settlement agreement (the "Settlement Agreement").

6. On May 10, 2007, while I was in San Diego, California, on non-KS business, I signed the Settlement Agreement in my capacity as a trustee of KS and faxed it to my office in Honolulu, Hawai`i.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, June 3, 2008.

                    /s/ Corbett A.K. Kalama
CORBETT A.K. KALAMA
(original signature retained by Paul Alston)