| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468)<br>ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com<br>john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com<br>Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing<br>PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928)<br>palston@ahfi.com |
| 9 | cwadsworth@ahfi.com<br>American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street<br>Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800<br>Facsimile: 808.524.4591 |
| 12 | |
| 13 | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/<br>BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON,<br>DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their<br>capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　Plaintiff,<br>　　v.<br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br>　　　　Defendants.<br><br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>DECLARATION OF ROBERT K.U. KIHUNE IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' MOTION TO DISMISS<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

DECLARATION OF ROBERT K.U. KIHUNE IN SUPPORT OF KAMEHAMEHA SCHOOLS
DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM

A/72555060.1/2020749-0000332341

| | |
|---|---|
| 1 | I, Robert K.U. Kihune, declare as follows: |
| 2 | 1.    I am a trustee of the Kamehameha Schools/Bernice Pauahi Bishop Estate ("KS"), |
| 3 | and was a trustee at the time of the litigation between KS and John and Jane Doe (collectively, |
| 4 | the "Does"). |
| 5 | 2.    I make this declaration based upon personal knowledge and am competent to |
| 6 | testify to the matters stated in this declaration. |
| 7 | 3.    The other trustees and I were, at all times, responsible for overseeing the defense |
| 8 | of KS' admissions policies in the lawsuit the Does filed in Hawai`i. We exercised those duties |
| 9 | through numerous meetings with our in-house and outside legal counsel in Hawai`i. All of the |
| 10 | meetings were convened at KS' business office in Honolulu, Hawai`i. On some occasions, for |
| 11 | convenience, one or more trustees and/or counsel participated by telephone, but on each |
| 12 | occasion, the majority of the trustees were in Honolulu, Hawai`i. |
| 13 | 4.    During May of 2007, KS and the Does were engaged in settlement discussions to |
| 14 | resolve the Does' claims against KS. Only the board of trustees, on behalf of KS, could |
| 15 | authorize and approve the settlement agreement. |
| 16 | 5.    In May 2007, KS and the Does reached agreement on settlement terms and the |
| 17 | terms were memorialized in a settlement agreement (the "Settlement Agreement"). On or about |
| 18 | May 10, 2007, I signed the Settlement Agreement in my capacity as a trustee of KS. I was in |
| 19 | Honolulu, Hawai`i at the time I signed the Settlement Agreement. |
| 20 | I declare under penalty of law that the foregoing is true and correct. |
| 21 | DATED: Honolulu, Hawai`i, June 3, 2008. |

                                                  /s/ Robert K.U. Kihune
                                                  ROBERT K.U. KIHUNE
                                            (original signature retained by Paul Alston)

1

DECLARATION OF ROBERT K.U. KIHUNE IN SUPPORT OF KAMEHAMEHA SCHOOLS
DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM

A/72555060.1/2020749-0000332341