| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468)<br>ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com<br>john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com<br>Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing<br>PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928)<br>palston@ahfi.com |
| 9 | cwadsworth@ahfi.com<br>American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street<br>Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800<br>Facsimile: 808.524.4591 |
| 12 | |
| 13 | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/<br>BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON,<br>DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their<br>capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ERIC GRANT, | No. 08-00672 FCD-KJM |
| 20 | Plaintiff,<br>v. | DECLARATION OF J. DOUGLAS ING<br>IN SUPPORT OF KAMEHAMEHA |
| 21 | KAMEHAMEHA SCHOOLS/BERNICE | SCHOOLS DEFENDANTS' MOTION<br>TO DISMISS |
| 22 | PAUAHI BISHOP ESTATE; J. DOUGLAS<br>ING, NAINOA THOMPSON, DIANE J. | Date: October 31, 2008 |
| 23 | PLOTTS, ROBERT K.U. KIHUNE, and<br>CORBETT A.K. KALAMA, in their capacities | Time: 10:00 a.m.<br>Courtroom: 2 |
| 24 | as Trustees of the Kamehameha<br>Schools/Bernice Pauahi Bishop Estate; JOHN | Before: Hon. Frank C. Damrell, Jr. |
| 25 | DOE; and JANE DOE,<br>Defendants. | |
| 26 | And Related Cross and Counterclaims. | |
| 27 | | |
| 28 | | |

DECLARATION OF J. DOUGLAS ING IN SUPPORT OF KAMEHAMEHA SCHOOLS
DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM

A/72555048.1/2020749-0000332341

I, J. Douglas Ing, declare as follows:

1. I am a trustee of the Kamehameha Schools/Bernice Pauahi Bishop Estate ("KS"), and was a trustee at the time of the litigation between KS and John and Jane Doe (collectively, the "Does").

2. I make this declaration based upon personal knowledge and am competent to testify to the matters stated in this declaration.

3. The other trustees and I were, at all times, responsible for overseeing the defense of KS' admissions policies in the lawsuit the Does filed in Hawai`i. We exercised those duties through numerous meetings with our in-house and outside legal counsel in Hawai`i. All of the meetings were convened at KS' business office in Honolulu, Hawai`i. On some occasions, for convenience, one or more trustees and/or counsel participated by telephone, but on each occasion, the majority of the trustees were in Honolulu, Hawai`i.

4. During May of 2007, KS and the Does were engaged in settlement discussions to resolve the Does' claims against KS. Only the board of trustees, on behalf of KS, could authorize and approve the settlement agreement.

5. In May 2007, KS and the Does reached agreement on settlement terms and the terms were memorialized in a settlement agreement (the "Settlement Agreement"). On or about May 10, 2007, I signed the Settlement Agreement in my capacity as a trustee of KS. I was in Honolulu, Hawai`i at the time I signed the Settlement Agreement.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, June 3, 2008.

          /s/ J. Douglas Ing
          J. DOUGLAS ING
      (original signature retained by Paul Alston)