Bingham McCutchen LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Alston Hunt Floyd & Ing
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower, 18th Floor
1001 Bishop Street
Honolulu, HI 96813
Telephone: 808.524.1800
Facsimile: 808.524.4591

Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>  Plaintiff,<br>  v.<br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>  Defendants.<br><br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>DECLARATION OF BRAD SANTIAGO IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' MOTION TO DISMISS<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

I, Brad Santiago, declare as follows:

1. I am the Senior Asset Manager of Kamehameha Schools/Bernice Pauahi Bishop Estate ("KS").

2. I make this declaration based upon my personal knowledge and knowledge obtained through my review of KS's business records, and I am competent to testify to the matters stated in this declaration.

3. KS is a private, tax-exempt K-12 educational institution in Hawai`i. It was created under the last will and testament of Princess Bernice Pauahi Bishop, the last royal descendant of King Kamehameha I of Hawai`i, who left her property in trust for a school dedicated to the education and upbringing of native Hawaiians. KS operates three K-12 campuses and 30 preschools, all in the State of Hawai`i.

4. KS does not own or lease any real or personal property in California. KS formerly owned real property in Riverside County which it acquired through a deed in lieu of foreclosure. It sold this property in June 2003, before the lawsuit against KS by the Does was settled.

5. KS has no agent for service of process in California.

6. KS is not registered to do business in California.

7. KS maintains no employees or offices in California.

8. None of KS' trustees, officers or administrators is a citizen of California.

9. KS is not incorporated in California or licensed to do business in California.

10. KS maintains a website which is accessible by users worldwide, including California. However, the website is not maintained to serve California in particular and the website allows no business transactions to be performed.

11. I understand that counsel for Eric Grant and John Doe and Jane Doe in this action cite a scholarship available to students from Northern California as evidence that KS has ties to California. The scholarship in question is not offered by KS. It was created and donated by the Kamehameha Schools Alumni Association of Northern California, a separate and independent legal entity that is neither owned nor controlled by KS.

1 | I declare under penalty of law that the foregoing is true and correct.

2 | DATED: Honolulu, Hawai`i, July 3, 2008.

_____/s/ Brad Santiago_____<br>
BRAD SANTIAGO<br>
(original signature retained by Paul Alston)