Bingham McCutchen LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Alston Hunt Floyd & Ing
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower, 18th Floor
1001 Bishop Street
Honolulu, HI 96813
Telephone: 808.524.1800
Facsimile: 808.524.4591

Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　Plaintiff,<br>　　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>　　　Defendants.<br><br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>DECLARATION OF DEE JAY A. MAILER IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS' MOTION TO DISMISS<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

DECLARATION OF DEE JAY A. MAILER IN SUPPORT OF KAMEHAMEHA SCHOOLS
DEFENDANTS' MOTION TO DISMISS; CASE NO.08-00672 FCD-KJM

Dockets.Justia.com

I, Dee Jay A. Mailer, declare as follows:

1. I am the Chief Executive Officer of the Kamehameha Schools/Bernice Pauahi Bishop Estate ("KS"), and was CEO at the time of the litigation between KS and John and Jane Doe (collectively, the "Does").

2. I make this declaration based upon personal knowledge and am competent to testify to the matters stated in this declaration.

3. Along with the trustees of KS, I was involved in the oversight of the defense of KS' admissions policies in the lawsuit the Does filed in Hawai`i. I attended numerous meetings with the trustees, and KS' in-house and outside legal counsel, which were convened at KS' business office in Honolulu, Hawai`i. On some occasions, for convenience, one or more trustees and/or counsel participated by telephone, but on each occasion, I and the majority of the trustees were in Honolulu, Hawai`i.

4. During May of 2007, KS and the Does were engaged in settlement discussions to resolve the Does' claims against KS. Only the board of trustees, on behalf of KS, could authorize and approve the settlement agreement.

5. In May 2007, KS and the Does reached agreement on settlement terms and the terms were memorialized in a settlement agreement (the "Settlement Agreement"). On or about May 10, 2007, I signed the Settlement Agreement in my capacity as CEO of KS. I was in Honolulu, Hawai`i at the time I signed the Settlement Agreement.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, June 6, 2008.

/s/ Dee Jay A. Mailer
DEE JAY A. MAILER
(original signature retained by Paul Alston)