| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468) |
| | ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com |
| | john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com |
| | Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing |
| | PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928) |
| | palston@ahfi.com |
| 9 | cwadsworth@ahfi.com |
| | American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street |
| | Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800 |
| | Facsimile: 808.524.4591 |
| 12 | |
| 13 | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ |
| | BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON, |
| | DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their |
| | capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT, | No. 08-00672 FCD-KJM |
| Plaintiff, | REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS; EXHIBITS 1-3, 6, 10-16, AND 18 |
| v. | |
| KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, | |
| Defendants. | Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |
| And Related Cross and Counterclaims. | |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS
CASE NO.08-00672 FCD-KJM

A/72550862.2/2020749-0000332341                                                                 682331v1 / 8348-4

Pursuant to Federal Rule of Evidence 201, Defendants and Cross-Claim Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS"), respectfully request that the Court take judicial notice of the existence of the following court filings, order, docket reports, news articles and video newsclips in support of its Motion To Dismiss:

- Plaintiff John Doe's Complaint for Declaratory Relief, Injunctive Relief, and Damages; Summons, Demand for Jury Trial in the United States District Court, District of Hawaii ("USDC Hawaii") lawsuit entitled *John Doe v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.;* Civil No. 03-00316 ACK-LEK, filed June 25, 2003. A true and correct copy of this document is attached hereto as Exhibit 1.

- USDC Hawaii's Docket Sheet of *John Doe v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.*; Civil No. 03-00316 ACK-LEK. A true and correct copy of this document is attached hereto as Exhibit 2.

- Application of Kathleen M. Sullivan to Appear Pro Hac Vice; Consent of David Schulmeister; Declaration of Kathleen M. Sullivan; Order Permitting Kathleen M. Sullivan to Appear Pro Hac Vice; Certificate of Service in the USDC Hawaii lawsuit entitled *John Doe v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.;* Civil No. 03-00316 ACK-LEK, filed September 22, 2003. A true and correct copy of this document is attached hereto as Exhibit 3.

- General Docket of the United States Court of Appeals for the Ninth Circuit concerning the USDC Hawaii lawsuit entitled *John Doe v. Kamehameha Schools/Bernice Pauahi Bishop Estate, et al.;* Civil No. 03-00316 ACK-LEK. A true and correct copy of this document is attached hereto as Exhibit 6.

- A website article from Honolulu, Hawai`i based newspaper, The Honolulu Advertiser, downloaded from the hawaii.com website entitled: *Kamehameha Schools Settled Lawsuit for $7M* by Jim Dooley, dated February 2, 2008. A true and correct copy of this document is attached hereto as Exhibit 10.

- A website article downloaded from the starbulletin.com website article entitled: *Amount of Settlement Raises Critical Concern* by Robert Shikina, dated February 9, 2008. A true and correct copy of this document is attached hereto as Exhibit 11.

1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM
DEFENDANTS' MOTION TO DISMISS
CASE NO.08-00672 FCD-KJM

A/72550862.2/2020749-0000332341

- A website article downloaded from the starbulletin.com website entitled: *$7M An Attorney Involved in a Challenge to Kamehameha Schools' Hawaiian-Only Policy Reveals the Amount of a Settlement* by Ken Kobayashi, dated February 9, 2008. A true and correct copy of this document is attached hereto as Exhibit 12.

- A website news article downloaded from the KPUA.net website, entitled: *Attorney Gets Jail for Revealing Kamehameha Settlement Amount* by Associated Press, dated April 25, 2008. A true and correct copy of this document is attached hereto as Exhibit 13.

- A newsclip from the newscast on the Honolulu, Hawai`i-based television station KGMB, aired February 8, 2008 at 5 p.m. A true and correct copy of this video segment will be manually filed separately on a DVD as Exhibit 13a.

- A newsclip from the newscast on the Honolulu, Hawai`i-based television station KGMB, aired February 8, 2008 at 6 p.m. A true and correct copy of this video segment will be manually filed separately on a DVD as Exhibit 13b.

- A newsclip from the newscast on the Honolulu, Hawai`i-based television station KITV, aired February 8, 2008 at 6 p.m. A true and correct copy of this video segment will be manually filed separately on a DVD as Exhibit 13c.

- A newsclip from the newscast on the Honolulu, Hawai`i-based television station KGMB, aired February 8, 2008, at 10 p.m. A true and correct copy of this video segment will be manually filed separately on a DVD marked as Exhibit 13d.

- A newsclip from the newscast on the Honolulu, Hawai`i-based television station KITV, aired February 8, 2008 at 10 p.m.. A true and correct copy of this video segment will be manually filed separately on a DVD as Exhibit 13e.

- A compilation of various news articles concerning the Kamehameha Schools settlement with the Does. A true and correct copy of this document is attached hereto as Exhibit 14.

- Plaintiff Eric Grant's Amended Complaint for Breach of Settlement Agreement, Declaratory Relief, Breach of Written Fee Agreement, and Quantum Meruit in the United States District Court, Eastern District of California lawsuit entitled *Grant v. John Doe and Jane Doe*; No. CV 2:07-CV-01087-GEB-EFB, dated July 7, 2007. A true and correct copy of this document is attached hereto as Exhibit 15.

2
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS
CASE NO.08-00672 FCD-KJM

A/72550862.2/2020749-0000332341

- Plaintiff Eric Grant's Complaint for Declaratory Relief and for Quantum Meruit in the Superior Court of the State of California, in and for the County of Sacramento lawsuit entitled *Grant v. John Goemans, et al.*; No. 07AS04172, filed September 11, 2007. A true and correct copy of this document is attached hereto as Exhibit 16.

- Order on Amended Order to Show Cause Re: Contempt, filed in the Superior Court of the State of California, in and for the County of Sacramento lawsuit entitled *Grant v. John Goemans, et al.*; No. 07AS04172, dated May 14, 2008. A true and correct copy of this document is attached hereto as Exhibit 18.

**DISCUSSION**

The Court may take judicial notice of court filings in earlier related proceedings in other tribunals which have a "direct relation to the matters at issue." *United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 974 (E.D. Cal. 2004) (judicial notice can be taken of the existence of matters of public record, of filings or representations having been made). The Court may take judicial notice of documents filed and orders or decisions entered in any federal or state court. *See Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002); *Harris v. Florida Elections Comm's*, 235 F.3d 578, 579 (11th Cir. 2000); *United States v. Warneke*, 199 F.3d 906, 909 n.1 (7th Cir. 1999). The Court may take judicial notice of such documents "not for the truth of the facts recited therein, but for the existence of the opinion, which is not subject to reasonable dispute over its authenticity." *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001)(quotation and citation omitted). Therefore, this Court may appropriately take judicial notice of the court filings, docket sheets and order designated above as Exhibits 1-3, 6, 15, 16 and 18.

The Court may take judicial notice of news articles and/or television news clips regarding the subject in litigation. *See Gafoor v. I.N.S.* 231 F.3d 645 (9th Cir. 2000) (judicial notice of recent events in Fiji reported in news articles used as evidence relevant to an issue in dispute). *See Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F. 3d 971 (9th Cir. 1999) (judicial notice taken that information in news articles was available in the public realm). Therefore, this Court may

3
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS
CASE NO.08-00672 FCD-KJM

A/72550862.2/2020749-0000332341

properly take judicial notice of the news articles and television news clips listed as Exhibits 10, 11, 12, 13, 13a-e and 14, submitted by KS in support of its Motion to Dismiss.

DATED: July 9, 2008

BINGHAM MCCUTCHEN LLP

ALSTON HUNT FLOYD & ING

By: /s/ Paul Alston
Paul Alston
Attorneys for Defendants and Cross-Claim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

4
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS
CASE NO.08-00672 FCD-KJM

A/72550862.2/2020749-0000332341