Bingham McCutchen LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Alston Hunt Floyd & Ing
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower, 18th Floor
1001 Bishop Street
Honolulu, HI 96813
Telephone: 808.524.1800
Facsimile: 808.524.4591

Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>    Plaintiff,<br>    v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>    Defendants.<br><br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>PROPOSED ORDER GRANTING KAMEHAMEHA SCHOOLS DEFENDANTS' AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

682333/2 8348/4

PROPOSED ORDER GRANTING KAMEHAMEHA SCHOOLS
DEFENDANTS' AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS

James Banks, counsel for Plaintiff/Counter-Claim Defendant Eric Grant; Jerry Stein, counsel for Defendant/Counter- and Cross-Claim Plaintiffs John and Jane Doe (together, "the Does"); and Paul Alston and Charlene S. Shimada, counsel for Defendants and Cross-Claim Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively, "Kamehameha Schools") came before the Court for hearing on October 31, 2008.

The Court has carefully considered Kamehameha Schools' Motion to Dismiss, the memoranda, supporting papers and arguments of counsel and the record of this case. Good cause appearing,

IT IS HEREBY ORDERED that

1. Kamehameha Schools' Motion to Dismiss is hereby GRANTED. The Court lack subject matter jurisdiction over this action because when the parties are properly aligned, as required, there is not complete diversity of citizenship.

2. Further, even if realignment were not required, there would be no personal jurisdiction over Kamehameha Schools with respect to either the complaint or the cross-claim.

3. Further, even if subject matter jurisdiction and personal jurisdiction were present, Plaintiff's claim for declaratory relief is not proper under 28 U.S.C. § 2201, and the Court declines to exercise jurisdiction over this declaratory judgment action and the resulting cross-claim.

4. For the foregoing reasons, Plaintiff's Complaint and the Doe Defendants' Cross-claim against Kamehameha Schools are hereby dismissed.

1 IT IS SO ORDERED.

DATED: October__, 2008   By: _____
HON. FRANK C. DAMRELL, JR.
United States District Judge