| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468)<br>ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com<br>john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com<br>Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing<br>PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928)<br>palston@ahfi.com |
| 9 | cwadsworth@ahfi.com<br>American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street<br>Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800<br>Facsimile: 808.524.4591 |
| 12 | |
| 13 | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/<br>BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON,<br>DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their<br>capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>　　　　Defendants.<br><br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>APPENDIX OF AUTHORITES IN SUPPORT OF THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO DISMISS; EXHIBITS 17 AND 19-22<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

APPENDIX OF AUTHORITES IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS'
MOTION TO DISMISS
CASE NO.08-00672 FCD-KJM

682430-1/8348-4

| | | |
|---|---|---|
| 1 | | |
| 2 | | Defendants and Cross-Claim Defendants KAMEHAMEHA |
| 3 | SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA | |
| 4 | THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, | |
| 5 | in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate ("KS") | |
| 6 | hereby submit the following authorities, pursuant to E.D.Ca. Local Rule 5-133(i): | |
| 7 | A. | *Bou-Matic, LLC v. Ollimac Dairy, Inc.*, 2007 WL 2898675 (E.D. Cal. 2007). A true and |
| 8 | | correct copy of this document is attached hereto as Exhibit 17. |
| 9 | B. | Local Rule 83.1, United States District Court for the District of Hawaii. A true and |
| 10 | | correct copy of this document is attached hereto as Exhibit 19. |
| 11 | C. | Hawaii Rules of Professional Conduct 8.5. A true and correct copy of this document is |
| 12 | | attached as hereto as Exhibit 20. |
| 13 | D. | Local Rule 83.3, United States District Court for the District of Hawaii. A true and |
| 14 | | correct copy of this document is attached hereto as Exhibit 21. |
| 15 | E. | *Doe v. Kamehameha Schools*, 127 S. Ct. 2160 (2007) (No. 06-1202). A true and correct |
| 16 | | copy of this document is attached hereto as Exhibit 22. |

DATED: July 9, 2008

BINGHAM MCCUTCHEN LLP
ALSTON HUNT FLOYD & ING

By: /s/ Paul Alston
Paul Alston
Attorneys for Defendants and Cross-Claim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U.
KIHUNE, and CORBETT A.K. KALAMA, in their
capacities as Trustees of the Kamehameha
Schools/Bernice Pauahi Bishop Estate

1
APPENDIX OF AUTHORITES IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS'
MOTION TO DISMISS
CASE NO.08-00672 FCD-KJM

682430-1/8348-4