| | |
|---|---|
| 1 | Bingham McCutchen LLP<br>CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468)<br>ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com<br>john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com<br>Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing<br>PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928)<br>palston@ahfi.com |
| 9 | cwadsworth@ahfi.com<br>American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street<br>Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800<br>Facsimile: 808.524.4591 |
| 12 | |
| 13 | Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/<br>BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON,<br>DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their<br>capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ERIC GRANT, | No. 08-00672 FCD-KJM |
| 20 | Plaintiff,<br>v. | NOTICE OF MANUAL FILING |
| 21 | KAMEHAMEHA SCHOOLS/BERNICE | Date: October 31, 2008 |
| 22 | PAUAHI BISHOP ESTATE; J. DOUGLAS<br>ING, NAINOA THOMPSON, DIANE J. | Time: 10:00 a.m.<br>Courtroom: 2 |
| 23 | PLOTTS, ROBERT K.U. KIHUNE, and<br>CORBETT A.K. KALAMA, in their capacities | Before: Hon. Frank C. Damrell, Jr. |
| 24 | as Trustees of the Kamehameha<br>Schools/Bernice Pauahi Bishop Estate; JOHN | |
| 25 | DOE; and JANE DOE, | |
| 26 | Defendants. | |
| | And Related Cross and Counterclaims. | |

27

28

1 Please take notice that Defendants and Cross-Defendants Kamehameha Schools/Bernice
Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U.
Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of Kamehameha
Schools/Bernice Pauahi Bishop Estate, have manually filed the following document:

> A DVD containing Exhibits 13a-13e to Request for Judicial Notice in
> Support of Kamehameha Schools Defendants' Motion to Dismiss filed
> in support of Kamehameha Schools Defendants' Memorandum of
> Points and Authorities in Support of Motion to Dismiss

This document has not been filed electronically because the exhibits are video clips and are not able to be filed electronically.

The document has been served on all parties.

DATED: July 9, 2008

ALSTON HUNT FLOYD & ING

BINGHAM MCCUTCHEN LLP

By: /s/ Charlene S. Shimada
Charlene S. Shimada
Attorneys for Defendants and Cross-Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate