ALSTON HUNT FLOYD & ING
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, HI 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

BINGHAM McCUTCHEN LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants and Cross-Claim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE,
and CORBETT A.K. KALAMA, in their capacities
as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>　　　　　　Defendants.<br><br>And Related Cross and Counterclaims. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>NOTICE OF MOTION AND THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL<br><br>Date:　　　October 31, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　2<br>Before: Hon. Frank C. Damrell, Jr. |

682458_1 / 8348-4　　　　-1-　　　　NOTICE OF MOTION AND THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL

**TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:**

PLEASE TAKE NOTICE that Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS"), acting by and through counsel, hereby moves the Court for leave to file under seal the Declaration of Paul Alston in Support of The Kamehameha Schools Defendants and Cross-Claim Defendants' Motion to File Confidential Agreements under Seal, and attached confidential agreements, designated as Exhibits 23 and 24, pursuant to Civil Local Rule 39-141(d) and the Stipulated Protective Order filed in this case on June 16, 2008.

This motion is based on this Notice of Motion and Motion, Memorandum of Points of Authorities, the Declaration of Paul Alston, filed herewith, and all the pleadings and papers on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Declaration of Paul Alston ("Alston Decl.") and Exhibits thereto contain information that must be filed under seal, pursuant to the Stipulated Protective Order filed in this matter on June 16, 2008. Pursuant to the parties' agreed informal discovery procedures, counsel for John Doe and Jane Doe, Jerry Stein, produced on June 19 and 21, 2008, respectively, a redacted Settlement and Mutual Release Agreement between the Does and their lawyer in the 2003 *Doe v. Kamehameha Schools/Bishop* Estate case (*Doe v. KS suit*) Eric Grant (Ex. 23) and redacted letter agreement between the Does and their other lawyer in the *Doe v. KS* suit, John Goemans. (Ex. 24). Pursuant to the Stipulated Protective Order entered into between counsel for the parties and approved by this Court, Mr. Stein designated these documents are confidential and subject to the Stipulated Protective Order. He also consented to KS' filing them in support of KS' motion to dismiss, accompanied by a motion to file the agreements under seal.

Both agreements relate to attorneys' fee arrangements between Jane and John Doe and their lawyers which Does claim are covered by the attorney-client privilege. The agreements also deal with sensitive financial information. Therefore, KS is seeking to file the two agreements under seal in order to comply with the Stipulated Protective Order.

For the foregoing reasons, KS respectfully request that the Court order that the Declaration of Paul Alston in support of KS' Motion To File Confidential Agreements Under Seal and the Exhibits 23 and 24 thereto be filed under seal.

DATED: July 9, 2008

ALSTON HUNT FLOYD & ING

BINGHAM McCUTCHEN LLP

By: /s/ Paul Alston
    PAUL ALSTON
    CLYDE J. WADSWORTH

Attorneys for Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate