| | |
|---|---|
| 1 | Bingham McCutchen LLP |
| | CHARLENE S. SHIMADA (SBN 91407) |
| 2 | JOHN D. PERNICK (SBN 155468) |
| | ROBERT BRUNDAGE (SBN 159890) |
| 3 | charlene.shimada@bingham.com |
| | john.pernick@bingham.com |
| 4 | robert.brundage@bingham.com |
| | Three Embarcadero Center |
| 5 | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| 6 | Facsimile: 415.393.2286 |
| 7 | Alston Hunt Floyd & Ing |
| | PAUL ALSTON (Admitted Pro Hac Vice) |
| 8 | CLYDE J. WADSWORTH (SBN 118928) |
| | palston@ahfi.com |
| 9 | cwadsworth@ahfi.com |
| | American Savings Bank Tower, 18th Floor |
| 10 | 1001 Bishop Street |
| | Honolulu, HI 96813 |
| 11 | Telephone: 808.524.1800 |
| | Facsimile: 808.524.4591 |
| 12 | |
| | Attorneys for Defendants and Cross- |
| 13 | Defendants KAMEHAMEHA SCHOOLS/ |
| | BERNICE PAUAHI BISHOP ESTATE; J. |
| 14 | DOUGLAS ING, NAINOA THOMPSON, |
| | DIANE J. PLOTTS, ROBERT K.U. KIHUNE, |
| 15 | and CORBETT A.K. KALAMA, in their |
| | capacities as Trustees of the Kamehameha |
| 16 | Schools/Bernice Pauahi Bishop Estate |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | ERIC GRANT, | No. 08-00672 FCD-KJM |
| 20 | Plaintiff, | DECLARATION OF PAUL ALSTON IN SUPPORT OF THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-DEFENDANTS' MOTION TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL; EXHIBITS 23 AND 24 |
| | v. | |
| 21 | KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, | |
| 22 | | |
| 23 | | Date: October 31, 2008 |
| 24 | | Time: 10:00 a.m. |
| 25 | | Courtroom: 2 |
| | | Before: Hon. Frank C. Damrell, Jr. |
| 26 | Defendants. | **FILED UNDER SEAL** |
| 27 | And Related Cross and Counterclaims. | |
| 28 | | |

DECLARATION OF PAUL ALSTON IN SUPPORT OF THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-
DEFENDANTS' MOTION TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL; CASE NO.08-00672 FCD-KJM

I, Paul Alston, declare as follows:

1. I am a partner in the law firm of Alston Hunt Floyd & Ing, co-counsel in this action for Defendants and Cross-Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS").

2. I make this declaration based upon personal knowledge and am competent to testify to the matters stated in this declaration.

3. On June 19 and 21, 2008, counsel for Jane Doe and John Doe produced in response to KS' informal discovery request a redacted Settlement and Mutual Release Agreement between the Does and their lawyer Eric Grant ("Settlement Agreement"), as well as Exhibit A to the Settlement Agreement, which is a redacted letter agreement between the Does and John Goemans.

4. A true and correct copy of the Settlement Agreement which we received from Mr. Stein is attached as Exhibit 23.

5. A true and correct copy of Exhibit A to the Settlement Agreement which we received from Mr. Stein is attached as Exhibit 24.

6. Pursuant to the Stipulated Protective Order entered into between counsel for the parties in this action and filed on June 16, 2008, Mr. Stein informed us that these documents are designated as confidential. He also consented today to our filing them with the Court with a Motion to File Under Seal.

---

1

DECLARATION OF PAUL ALSTON IN SUPPORT OF THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-DEFENDANTS' MOTION TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL; CASE NO.08-00672 FCD-KJM

1        7.      Both agreements related to attorneys' fee arrangements between Jane and John Doe and their lawyers and are therefore arguably covered by the attorney-client privilege. The agreements also deal with sensitive financial information. Accordingly, we do not dispute the Does' designation of these documents as confidential.

I declare under penalty of law that the foregoing is true and correct.

DATED: Honolulu, Hawai'i, July 9, 2008.

                                    /s/ Paul Alston
                                    PAUL ALSTON
                          (original signature retained by Paul Alston)

2

DECLARATION OF PAUL ALSTON IN SUPPORT OF THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-DEFENDANTS' MOTION TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL; CASE NO.08-00672 FCD-KJM

# PROOF OF SERVICE

I am over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Postal Service and correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

Today I served the attached:

**DECLARATION OF PAUL ALSTON IN SUPPORT OF THE KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-DEFENDANTS' MOTION TO FILE CONFIDENTIAL AGREEMENTS UNDER SEAL; EXHIBITS 23 AND 24**

by causing a true and correct copy of the above to be placed in the United States Mail at San Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows:

Eric Grant, Esq.
Attorney at Law
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826

Jerry H. Stein, Esq.
Levin & Stein
28494 Westinghouse Place, Suite 201
Valencia, CA 91355

James J. Banks, Esq.
Banks & Watson
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814

Ken T. Kuniyuki, Esq.
Kuniyuki & Chang
Suite 2660, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813-3429

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 9, 2008.

_____
Joyce Holman