ALSTON HUNT FLOYD & ING
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, HI 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

BINGHAM McCUTCHEN LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants and Cross-Claim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE,
and CORBETT A.K. KALAMA, in their capacities
as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>　　　　　Defendants.<br><br>And Related Cross and Counterclaims. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>NOTICE OF FILING SEALED DOCUMENTS IN HARD COPY ONLY<br><br><br>Date:　　October 31, 2008<br>Time:　　10:00 a.m.<br>Courtroom:　2<br>Before: Hon. Frank C. Damrell, Jr. |

682451_1 / 8348-4　　　　　　-1-　　　　　　NOTICE OF FILING SEALED
DOCUMENTS IN HARD COPY ONLY

**TO PLAINTIFF AND HIS ATTORNEY(S) OF RECORD:**

PLEASE TAKE NOTICE that Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS"), acting by and through counsel, today filed and hand-served the Declaration of Paul Alston in Support of The Kamehameha Schools Defendants and Cross-Claim Defendants' Motion to File Confidential Agreements Under Seal, together with Exhibits 23 and 24 (the redacted Settlement and Mutual Release Agreement between Jane and John Doe and Eric Grant ("Agreement") and Exhibit A to the Agreement, being a letter agreement between the Does and John Goemans, respectively) in hard-copy only. This notice is being provided pursuant to Local Rule 39-141.

DATED: July 9, 2008

ALSTON HUNT FLOYD & ING

BINGHAM McCUTCHEN LLP

By: /s/ Paul Alston
    PAUL ALSTON
    CLYDE J. WADSWORTH

Attorneys for Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate