Bingham McCutchen LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Alston Hunt Floyd & Ing
PAUL ALSTON (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower, 18th Floor
1001 Bishop Street
Honolulu, HI 96813
Telephone: 808.524.1800
Facsimile: 808.524.4591

Attorneys for Defendants and Cross-Defendants KAMEHAMEHA SCHOOLS/ BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　Plaintiff,<br>　　v.<br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br>　　　　Defendants.<br>And Related Cross and Counterclaims. | No. 08-00672 FCD-KJM<br><br>NOTICE OF MANUAL FILING<br><br>Date:　　　October 31, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　2<br>Before: Hon. Frank C. Damrell, Jr. |

| | |
|---|---|
| 1 | Please take notice that Defendants and Cross-Defendants Kamehameha Schools/Bernice |
| 2 | Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. |
| 3 | Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of Kamehameha |
| 4 | Schools/Bernice Pauahi Bishop Estate, have manually filed the following document: |
| 5 | |
| 6 | A DVD containing Exhibits 13a-13e to Request for Judicial Notice in |
| 7 | Support of Kamehameha Schools Defendants' Motion to Dismiss filed |
| 8 | in support of Kamehameha Schools Defendants' Memorandum of |
| 9 | Points and Authorities in Support of Motion to Dismiss |
| 10 | This document has not been filed electronically because the exhibits are video clips and |
| 11 | are not able to be filed electronically. |
| 12 | |
| 13 | The document has been served on all parties. |

DATED: July 9, 2008

ALSTON HUNT FLOYD & ING

BINGHAM MCCUTCHEN LLP

By: /s/ Charlene S. Shimada
Charlene S. Shimada
Attorneys for Defendants and Cross-Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U.
KIHUNE, and CORBETT A.K. KALAMA, in their
capacities as Trustees of the Kamehameha
Schools/Bernice Pauahi Bishop Estate

| | |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | I am over 18 years of age, not a party to this action and employed in the County |
| 3 | of San Francisco, California at Three Embarcadero Center, San Francisco, California 94111- |
| 4 | 4067. I am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mailing with the United States Postal Service and correspondence is |
| 6 | deposited with the United States Postal Service that same day in the ordinary course of business. |
| 7 | Today I served the attached: |
| 8 | **NOTICE OF MANUAL FILING** |
| 9 | by causing a true and correct copy of the above to be placed in the United States Mail at San |
| 10 | Francisco, California in sealed envelope(s) with postage prepaid, addressed as follows: |

Eric Grant, Esq.
Attorney at Law
8001 Folsom Boulevard, Suite 100
Sacramento, CA 95826

Jerry H. Stein, Esq.
Levin & Stein
28494 Westinghouse Place, Suite 201
Valencia, CA 91355

James J. Banks, Esq.
Banks & Watson
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814

Ken T. Kuniyuki, Esq.
Kuniyuki & Chang
Suite 2660, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813-3429

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on July 9, 2008.

_____
Joyce Holman