

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | PRO HAC VICE APPLICATION,<br>ECF REGISTRATION AND CONSENT<br>TO ELECTRONIC SERVICE,<br>ORDER |

ERIC GRANT,

           Plaintiff(s),

           Case No. 2:08-cv-00672-FCD-KJM

v.

KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,

           Defendant(s).

    I, LOUISE K. Y. ING, attorney in the above-referenced case for Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Alston Hunt Floyd & Ing |
| Address: | 18th Floor, American Savings Bank Tower |
| | 1001 Bishop Street |
| City: | Honolulu |
| State: | Hawaii      ZIP Code: 96813 |
| Voice Phone: | (808) 524-1800 |
| FAX Phone: | (808) 524-4591 |

Internet E-mail: ling@ahfi.com

Additional E-mail: none

I reside in City: Honolulu          State: Hawaii

I was admitted to practice before the Supreme Court of the State of Hawai`i, the United States District Court for the District of Hawaii and the Ninth Circuit Court of Appeals in May, 1979. I am presently in good standing and eligible to practice before said courts. I was admitted to practice before the Supreme Court of California in or around December, 1978, and before the United District Court for the Eastern District of California in or around March, 1979. I am currently an inactive member of the State Bar of California and am not currently suspended or disbarred in any court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:       Charlene S. Shimada

Firm Name:  Bingham McCutchen LLP

Address:    Three Embarcadero Center

City:       San Francisco

State:      California          ZIP Code: 94111-4067

Voice Phone: (415) 393-2000

FAX Phone:  (415) 393-2286

E-mail:     charlene.shimada@bingham.com

Dated: July 17, 2008        Petitioner:        /s/ Louise K. Y. Ing

**ORDER**

IT IS SO ORDERED.

Dated: July 18, 2008
_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE