1  ALSTON HUNT FLOYD & ING
   PAUL ALSTON (Admitted Pro Hac Vice)
2  LOUISE K. Y. ING (Admitted Pro Hac Vice)
   CLYDE J. WADSWORTH (SBN 118928)
3  palston@ahfi.com
   ling@ahfi.com
4  cwadsworth@ahfi.com
   American Savings Bank Tower
5  1001 Bishop Street, 18th Floor
   Honolulu, HI 96813
6  Telephone: (808) 524-1800
   Facsimile: (808) 524-4591
7
   BINGHAM McCUTCHEN LLP
8  CHARLENE S. SHIMADA (SBN 91407)
   JOHN D. PERNICK (SBN 155468)
9  ROBERT BRUNDAGE (SBN 159890)
   charlene.shimada@bingham.com
10 john.pernick@bingham.com
   robert.brundage@bingham.com
11 Three Embarcadero Center
   San Francisco, CA 94111-4067
12 Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
13
   Attorneys for Defendants and Cross-claim Defendants
14 KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
   BISHOP ESTATE; J. DOUGLAS ING, NAINOA
15 THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE,
   and CORBETT A.K. KALAMA, in their capacities
16 as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>　　　　　Defendants.<br><br>And Related Cross and Counterclaims. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>NOTICE OF MOTION AND KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO TRANSFER TO DISTRICT OF HAWAI`I PURSUANT TO 28 U.S.C. § 404<br><br>Date:　　　October 31, 2008<br>Time:　　　10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate (collectively "KS"), acting by and through counsel, will and hereby move this Court for an order transferring this action to the District of Hawai`i pursuant to 28 U.S.C. § 404. This Motion shall be brought for hearing before the Honorable Frank C. Damrell, United States District Court, Eastern District of California, in Sacramento, California, on October 31, 2008, at 10:00 o'clock a.m.

DATED: August 22, 2008

ALSTON HUNT FLOYD & ING

BINGHAM McCUTCHEN LLP

By: /s/ Paul Alston
　　　PAUL ALSTON
　　　LOUISE K. Y. ING
　　　CLYDE J. WADSWORTH

Attorneys for Defendants and Cross-Claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

**KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO TRANSFER TO DISTRICT OF HAWAI'I PURSUANT TO 28 U.S.C. § 404**

Defendants and Cross-claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS"), by this motion respectfully move this Court for an order transferring this action to the District of Hawai`i. This Motion is brought pursuant to 28 U.S.C. § 404.

This Motion is based on the memorandum of points and authorities, declarations and exhibits in support of this Motion, the pleadings, records and papers on file in this action, the arguments of counsel and any other matters properly before this Court.

DATED: August 22, 2008

ALSTON HUNT FLOYD & ING

BINGHAM McCUTCHEN LLP

By: /s/ Paul Alston
    PAUL ALSTON
    LOUISE K. Y. ING
    CLYDE J. WADSWORTH

Attorneys for Defendants and Cross-claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate