ALSTON HUNT FLOYD & ING
PAUL ALSTON (Admitted Pro Hac Vice)
LOUISE K. Y. ING (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
ling@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, HI 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

BINGHAM McCUTCHEN LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants and Cross-claim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE,
and CORBETT A.K. KALAMA, in their capacities
as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>Plaintiff,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>Defendants.<br><br>And Related Cross and Counterclaims. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>DECLARATION OF LOUISE K. Y. ING IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO TRANSFER TO DISTRICT OF HAWAI`I PURSUANT TO 28 U.S.C. § 404; EXHIBITS A-C<br><br>Date: October 31, 2008<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Before: Hon. Frank C. Damrell, Jr. |

**DECLARATION OF LOUISE K. Y. ING IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO TRANSFER TO DISTRICT OF HAWAI'I PURSUANT TO 28 U.S.C. § 404**

I, LOUISE K. Y. ING, declare as follows:

1. I am a shareholder and director in the law firm of Alston Hunt Floyd & Ing, co-counsel in this action for defendants and cross-claim defendants Kamehameha Schools/Bernice Pauahi Bishop and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS").

2. I make this declaration based upon personal knowledge and am competent to testify to the matters stated in this declaration.

3. Attached as Exhibit A is a true and correct copy of the Complaint which my firm filed on behalf of KS against John Doe and Jane Doe in the Third Circuit Court of the State of Hawaii, on August 6, 2008. The Complaint arises out of the Does' breach of the confidentiality provisions of their settlement agreement with KS, the same settlement agreement which is the subject of this pending suit filed by Eric Grant.

4. Attached as Exhibit B is a true and correct copy of the Declaration of James Banks in Support of Motion to Compel Further Response to Request for Production, etc., filed April 22, 2008, in *Grant v. Goemans,* Case No. 07AS04172 (Cal. Sup'r Ct) ("*Grant v. Goemans*"). As part of our case preparation, our co-counsel in California at the Bingham McCutchen firm obtained relevant court filings from Mr. Grant's California state court suit against John Goemans and sent us a set, including Exhibit B.

5. Attached as Exhibit C is a true and correct copy of excerpts from the Memorandum in Support of Motion to Compel Further Response to Request for Production, etc., filed April 22, 2008, in *Grant v. Goemans*. We obtained the full copy of this Memorandum from our California co-counsel at the Bingham McCutchen firm.

/

/

/

1 I declare under penalty of perjury of law that the foregoing is true and correct.

2 DATED: Honolulu, Hawai`i, August 22, 2008.

_____/s/Louise K. Y. Ing_____
LOUISE K. Y. ING
(original signature retained by Louise K. Y. Ing)