ALSTON HUNT FLOYD & ING
PAUL ALSTON (Admitted Pro Hac Vice)
LOUISE K. Y. ING (Admitted Pro Hac Vice)
CLYDE J. WADSWORTH (SBN 118928)
palston@ahfi.com
ling@ahfi.com
cwadsworth@ahfi.com
American Savings Bank Tower
1001 Bishop Street, 18th Floor
Honolulu, HI 96813
Telephone: (808) 524-1800
Facsimile: (808) 524-4591

BINGHAM McCUTCHEN LLP
CHARLENE S. SHIMADA (SBN 91407)
JOHN D. PERNICK (SBN 155468)
ROBERT BRUNDAGE (SBN 159890)
charlene.shimada@bingham.com
john.pernick@bingham.com
robert.brundage@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

Attorneys for Defendants and Cross-claim Defendants
KAMEHAMEHA SCHOOLS/BERNICE PAUAHI
BISHOP ESTATE; J. DOUGLAS ING, NAINOA
THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE,
and CORBETT A.K. KALAMA, in their capacities
as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; et al.,<br><br>　　　　　Defendants.<br><br>And Related Cross and Counterclaims. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF KAMEHAMEHA SCHOOLS DEFENDANTS AND CROSS-CLAIM DEFENDANTS' MOTION TO TRANSFER TO DISTRICT OF HAWAIʻI PURSUANT TO 28 U.S.C. § 404; EXHIBITS A-C<br><br>Date:　　　October 31, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　2<br>Before: Hon. Frank C. Damrell, Jr. |

Pursuant to Federal Rule of Evidence 201, Defendants and Cross-Claim Defendants Kamehameha Schools/Bernice Pauahi Bishop Estate and J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively "KS"), respectfully request that the Court take judicial notice of the existence of the following court filings in support of its Motion to Transfer to District of Hawai`i Pursuant to 28 U.S.C. § 404 ("Motion to Transfer"):

- Plaintiffs Nainoa Thompson, et al.'s Complaint; Summons in the Third Circuit Court for the State of Hawai`i lawsuit entitled *Thompson, et al. v. John Doe, et al.,* Civil No. 08-1-0253, filed August 6, 2008. A true and correct copy of the document is attached as Exhibit A.

- Declaration of James J. Banks in Support of Motion to Compel Further Response to Request for Production of Documents and for Evidentiary and Monetary Sanctions in the lawsuit entitled *Grant v. Goemans, et al.,* Case No. 07AS04172, filed April 22, 2008. A true and correct copy of excerpts of the document is attached as Exhibit B.

- Memorandum in Support of Motion to Compel Further Response to Request for Production of Documents and for Evidentiary and Monetary Sanctions in the lawsuit entitled *Grant v. Goemans, et al.,* Case No. 07AS04172, filed April 22, 2008. A true and correct copy of excerpts of the document is attached as Exhibit C

Louise K. Y. Ing's declaration filed in support of KS' Motion to Transfer describes the source of these documents.

## DISCUSSION

The Court may take judicial notice of court filings in earlier related proceedings in other tribunals which have a "direct relation to the matters at issue." *United States v. S. Cal. Edison Co.*, 300 F. Supp. 2d 964, 974 (E.D. Cal. 2004) (judicial notice can be taken of the existence of matters of public record, of filings or representations having been made). The Court may take judicial notice of documents filed and orders or decisions entered in any federal or state court. *See Holder v. Holder*, 305 F.3d 854, 866 (9th Cir. 2002); *Harris v. Florida Elections Comm's*, 235 F.3d 578, 579 (11th Cir. 2000); *United States v. Warneke*, 199 F.3d 906, 909 n.1 (7th Cir. 1999). The Court may take judicial notice of such documents "not for the truth of the facts recited therein, but for the existence of the opinion, which is not subject to reasonable dispute over its authenticity." *Lee v. City of Los Angeles*, 250 F.3d 668, 690 (9th Cir. 2001) (quotation and citation omitted). Therefore, this Court may appropriately take judicial

1 | notice of the court filings, docket sheets and order designated above as Exhibits A through C, submitted
2 | by KS in support of its Motion to Transfer.

DATED: August 28, 2008

ALSTON HUNT FLOYD & ING

BINGHAM McCUTCHEN LLP

By: /s/ Paul Alston
    PAUL ALSTON
    LOUISE K. Y. ING
    CLYDE J. WADSWORTH

Attorneys for Defendants and Cross-claim Defendants KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate