1  ERIC GRANT (Bar No. 151064)
   Attorney at Law
2  8001 Folsom Boulevard, Suite 100
   Sacramento, CA  96826
3  Telephone:  (916) 388-0833
   Facsimile:   (916) 691-3261
4  E-Mail:      grant@eric-grant.com

5  JAMES J. BANKS (Bar No. 119525)
   BANKS & WATSON
6  Hall of Justice Building
   813 6th Street, Suite 400
7  Sacramento, CA  95814-2403
   Telephone:  (916) 325-1000
8  Facsimile:   (916) 325-1004
   E-Mail:      jbanks@bw-firm.com
9
   Attorneys for Plaintiff
10 ERIC GRANT

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14 ERIC GRANT,                                    CASE NO. 2:08-cv-00672-FCD-KJM

15              Plaintiff,                        **PLAINTIFF AND COUNTER-DEFENDANT ERIC GRANT'S SECOND AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

16       v.

17 KAMEHAMEHA SCHOOLS/BERNICE
   PAUAHI BISHOP ESTATE; J. DOUGLAS ING,
18 NAINOA THOMPSON, DIANE J. PLOTTS,
   ROBERT K.U. KIHUNE, and CORBETT A.K.
19 KALAMA, in their capacities as Trustees of the
   Kamehameha Schools/Bernice Pauahi Bishop     DATE:      December 12, 2008
20 Estate; JOHN DOE; and JANE DOE,              TIME:      10:00 A.M.
                                                COURTROOM: 2
21              Defendants.                     JUDGE:     Hon. Frank C. Damrell, Jr.

22
   ─────────────────────────────
   JOHN DOE and JANE DOE,
23
                Counter-Claimants,
24
        v.
25
   KAMEHAMEHA SCHOOLS/BERNICE
26 PAUAHI BISHOP ESTATE, et al.,

27              Counter-Defendants.

28

{00041462.DOC; 1}                               ERIC GRANT'S SECOND AMENDED NOTICE
                                                OF MOTION AND MOTION FOR SUMMARY
                                                JUDGMENT

# NOTICE OF MOTION

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 12, 2008, at 10:00 A.M., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 501 "I" Street, Sacramento, California, Plaintiff and Counter-Defendant Eric Grant ("Grant") will move for summary judgment as set forth below.

# MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56-260(a), the pleadings on file, together with the declarations filed herewith, show that there is no genuine issue as to any material fact and that Grant is entitled to judgment as a matter of law. Specifically, Grant seeks a judgment

(a) against Defendant Kamehameha Schools/Bernice Pauahi Bishop Estate, along with Defendants J. Douglas Ing, Nainoa Thompson, Diane J. Plotts, Robert K.U. Kihune, and Corbett A.K. Kalama, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate (collectively, "KSBE"), declaring that Grant is not liable in any manner to KSBE in contract or in tort or on any other basis whatsoever—whether for money damages or for any other kind of relief—with respect to, pertaining to, or arising from any alleged breach of the Doe-KSBE settlement agreement by any person, or for any alleged disclosures of confidential information by John Goemans, or for any related matter; and

(b) against Defendants and Counter-Claimants John Doe and Jane Doe ("the Does")

(1) declaring, on Grant's Claim for Relief, that Grant is not liable in any manner to the Does in contract or in tort or on any other basis whatsoever—whether for money damages or for any other kind of relief—with respect to, pertaining to, or arising from any alleged breach of the Doe-KSBE settlement agreement by any person, or for any alleged disclosures of confidential information by John Goemans, or for any related matter;

(2) declaring, on the Does' Third, Fourth, and Fifth Counter-Claims for Relief, that the Does are not entitled to indemnity, in whole or in part, from Grant for any sum the Does may pay to KSBE; and also that the Does are not entitled to indemnity, in whole or in part, from Grant for any costs, expenses, or attorney's fees the Does have incurred or will incur either (i) in defending themselves

1  against claims by KSBE or any other party to this action, or (ii) in prosecuting their counter-claims and
2  cross-claims; and

3     (3)    for all reasonable costs, expenses, and attorneys' fees incurred by Grant as a result
4  of this action.

6  DATED: October 10, 2008               Respectfully submitted,

7                                                     BANKS & WATSON

9                                         By:     /s/ James J. Banks
10                                                    JAMES J. BANKS
                                                   Attorneys for Plaintiff and Counter-Defendant
                                                   ERIC GRANT`