JERRY H. STEIN (State Bar No. 78309)
LEVIN & STEIN
28494 Westinghouse Place, Suite 201
Valencia, California 91355
Telephone: (310) 207-4663
Facsimile: (310) 207-2803
Email: jstein@lscslaw.com

KEN T. KUNIYUKI
KUNIYUKI & CHANG
Suite 2660, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813-3429
Telephone: (808) 524-5111
Facsimile: (808) 521-2389
Email: ken@law-hawaii.com

Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>    Plaintiff,<br><br>    v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>    Defendants.<br><br>JOHN DOE; and JANE DOE,<br><br>    Counter-Claimants<br><br>    v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT,<br><br>    Counter-Defendants | CASE NO.:08-00672 FCD-KSM<br><br>APPENDIX OF UNPUBLISHED DECISIONS IN SUPPORT OF JOHN AND JANE DOE'S OPPOSITION TO MOTION TO DISMISS<br><br>Date:     October 31, 2008<br>Time:    10:00 a.m.<br>Courtroom  2<br>Before:  Hon. Frank C. Damrell, Jr. |

1

APPENDIX OF UNPUBLISHED DECISIONS IN SUPPORT OF
JOHN AND JANE DOE'S OPPOSITION TO MOTION TO DISMISS

Defendants and Counter-Claimants John Doe and Jane Doe cite the following unpublished opinions, in support of their Opposition to Motion to Dismiss, copies of which are attached.

| Case | Exhibit |
|---|---|
| *Bou-Matic, LLC v. Ollimac Dairy, Inc.*, 2007 WL 2898675 (E.D. Cal. 2007) | 1 |
| *J. G. Boswell Tomato Company - Kern, LLC v. Private Label Foods, Inc,* 2008 U.S. Dist. LEXIS 66103 (E.D. Cal. July 31, 2008) | 2 |
| *Lenscrafters, Inc. v. Liberty Mut. Fire Ins. Co.*, 2007 U.S. Dist. LEXIS 71101 (N.D. Cal. Sept. 18, 2007) | 3 |

DATED: October 17, 2008
KUNIYUKI & CHANG,
and
LEVIN & STEIN

By: /s/ Jerry H. Stein[1]
JERRY H. STEIN
Attorneys for the DOES

---

[1] Counsel has the executed original.