JERRY H. STEIN (State Bar No. 78309)
LEVIN & STEIN
28494 Westinghouse Place, Suite 201
Valencia, California 91355
Telephone: (310) 207-4663
Facsimile: (310) 207-2803
Email: jstein@lscslaw.com

KEN T. KUNIYUKI
KUNIYUKI & CHANG
Suite 2660, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813-3429
Telephone: (808) 524-5111
Facsimile: (808) 521-2389
Email: ken@law-hawaii.com

Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT, <br><br> Plaintiff, <br><br> v. <br><br> KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, <br><br> Defendants. <br><br> JOHN DOE; and JANE DOE, <br><br> Counter-Claimants <br><br> v. <br><br> KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT, <br><br> Counter-Defendants | CASE NO.:08-00672 FCD-KSM <br><br> DECLARATION OF JERRY H. STEIN IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER |

1
DECLARATION OF JERRY H. STEIN IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER

I, Jerry H. Stein, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Levin & Stein, which firm represents the Does in this action. I have personal knowledge of all facts set forth in this Declaration and if called upon to testify, I could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Declaration obtained from John Goemans.

3. I am authorized to represent to the Court that in this action the Does and Ken Kuniyuki will make themselves available for deposition and for trial testimony without the need of a subpoena.

4. The negotiations that led up to the execution of the settlement agreement between Grant and the Does were primarily between myself and Grant's California counsel, James Banks. ("Banks")

5. As alleged at Paragraph 30 of the Grant's Complaint, on or about March 24 and March 25, 2008, on behalf of the Does I informed Banks that it was the Does' position that Grant was responsible in whole or in part for any breaches of the Doe/KS Settlement Agreement resulting from Goemans' disclosures, such that Plaintiff has an obligation under the Grant/Doe Settlement Agreement to defend and/or indemnify the Does against any action brought against them by KS and that the Does were ready to sue Grant to enforce their rights to indemnity against Grant.

6. Because of the forum selection clause in the Grant/Doe Settlement Agreement, at the present time the Does have no intention of filing any claims against Grant in the recent action filed by KS against the Does in the Hawaii State Court.

7. This is not document intensive case. In fact, to my knowledge virtually all the relevant documents appear to have already been identified and filed with the Court as part of the Motion practice in this case.

8. Although located in Hawaii the Does would prefer the case be litigated in California as it would be much easier for their identities to be discovered as a result of a case pending in Hawaii, as opposed to a case pending in Sacramento.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 17,

2008.

                                        /s/ Jerry H. Stein[1]
                                        Jerry H. Stein

---

[1] Counsel has the executed original.

3

DECLARATION OF JERRY H. STEIN IN SUPPORT OF OPPOSITION TO MOTION TO TRANSFER