JERRY H. STEIN (State Bar No. 78309)
LEVIN & STEIN
28494 Westinghouse Place, Suite 201
Valencia, California 91355
Telephone: (310) 207-4663
Facsimile: (310) 207-2803
Email: jstein@lscslaw.com

KEN T. KUNIYUKI
KUNIYUKI & CHANG
Suite 2660, Pauahi Tower
1003 Bishop Street
Honolulu, HI 96813-3429
Telephone: (808) 524-5111
Facsimile: (808) 521-2389
Email: ken@law-hawaii.com

Attorneys for Defendants and Counter-Claimants JOHN DOE and JANE DOE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT, <br><br> Plaintiff, <br><br> v. <br> KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE, <br><br> Defendants. <br><br> JOHN DOE; and JANE DOE, <br><br> Counter-Claimants <br><br> v. <br><br> KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K KALAMA, in their capacities as Trustees of the Kamehameha Schools/ Bernice Pauahi Bishop Estate; and ERIC GRANT, <br><br> Counter-Defendants | CASE NO.:08-00672 FCD-KSM <br><br> APPENDIX OF UNPUBLISHED DECISIONS IN SUPPORT OF JOHN AND JANE DOE'S OPPOSITION TO MOTION TO TRANSFER <br><br> Date: October 31, 2008 <br> Time: 10:00 a.m. <br> Courtroom 2 <br> Before: Hon. Frank C. Damrell, Jr. |

1

APPENDIX OF UNPUBLISHED DECISIONS IN SUPPORT OF
JOHN AND JANE DOE'S OPPOSITION TO MOTION TO TRANSFER

Defendants and Counter-Claimants John Doe and Jane Doe cite the following unpublished opinions, in support of their Opposition to Motion to Transfer, copies of which are attached.

| Case | Exhibit |
| --- | --- |
| *Farmer v. Ford Motor Co.*, 2007 U.S. Dist. LEXIS 90289 (N.D. Cal. Nov. 28, 2007) | 1 |
| *In re Yahoo! Inc.*, 2008 U.S. Dist. LEXIS 20605, 8-9 (C.D. Cal. Mar. 10, 2008) | 2 |
| *Jarvis v. Marietta Corp.*, 1999 U.S. Dist. LEXIS 12659, 7-8 (N.D. Cal. Aug. 12, 1999) | 3 |
| *Pralinsky v. Mut. of Omaha Ins.*, 2008 U.S. Dist. LEXIS 79346 (N.D. Cal. Oct. 9, 2008) | 4 |
| *Sec. & Exch. Comm'n v. Rose Fund, LLC*, 2004 U.S. Dist. LEXIS 22491, No. C03-04593 WHA, 2004 WL 2445242, at *3 (N.D. Cal. Jan. 9, 2004) | 5 |
| *U-Haul Int'l, Inc. v. Hire a Helper, LLC*, 2008 U.S. Dist. LEXIS 77629, 4-5 (S.D. Cal. Sept. 22, 2008) | 6 |
| *Unisys Corp. v. Access Co.*, 2005 U.S. Dist. LEXIS 31897 (N.D. Cal. Nov. 23, 2005) | 7 |
|  |  |
|  |  |
|  |  |

DATED: October 17, 2008     KUNIYUKI & CHANG,
                                            and
                                         LEVIN & STEIN

                                     By: /s/ Jerry H. Stein[1]
                                           JERRY H. STEIN
                                           Attorneys for the DOES

---

[1]     Counsel has the executed original.

APPENDIX OF UNPUBLISHED DECISIONS IN SUPPORT OF
JOHN AND JANE DOE'S OPPOSITION TO MOTION TO TRANSFER