ERIC GRANT (Bar No. 151064)
Attorney at Law
8001 Folsom Boulevard, Suite 100
Sacramento, CA 96826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261
E-Mail: grant@eric-grant.com

JAMES J. BANKS (Bar No. 119525)
BANKS & WATSON
Hall of Justice Building
813 6th Street, Suite 400
Sacramento, CA 95814-2403
Telephone: (916) 325-1000
Facsimile: (916) 325-1004
E-Mail: jbanks@bw-firm.com

Attorneys for Plaintiff
ERIC GRANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GRANT,<br><br>             Plaintiff,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE; J. DOUGLAS ING, NAINOA THOMPSON, DIANE J. PLOTTS, ROBERT K.U. KIHUNE, and CORBETT A.K. KALAMA, in their capacities as Trustees of the Kamehameha Schools/Bernice Pauahi Bishop Estate; JOHN DOE; and JANE DOE,<br><br>             Defendants.<br><br>JOHN DOE and JANE DOE,<br><br>             Counter-Claimants,<br><br>v.<br><br>KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE, et al.,<br><br>             Counter-Defendants. | CASE NO. 2:08-cv-00672-FCD-KJM<br><br>**PLAINTIFF AND COUNTER-DEFENDANT ERIC GRANT'S THIRD AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:     March 6, 2009<br>TIME:     10:00 A.M.<br>COURTROOM:     2<br>JUDGE:     Hon. Frank C. Damrell, Jr. |

{00041911.DOC; 1}

TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 6, 2009, at 10:00 A.M., or as soon thereafter as the matter may be heard in the above-entitled Court, located at 501 "I" Street, Sacramento, California, Plaintiff and Counter-Defendant Eric Grant ("Grant") will move for summary judgment.

DATED: November 14, 2008                    Respectfully submitted,

                                            BANKS & WATSON


                                    By:     /s/ James J. Banks
                                            JAMES J. BANKS
                                            Attorneys for Plaintiff and Counter-Defendant
                                            ERIC GRANT