**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

District of Hawaii
300 Ala Moana Blvd., Room C 338
Honolulu, HI 96850

RE:         ERIC GRANT vs. KAMEHAMEHA SCHOOLS/BERNICE PAUAHI BISHOP ESTATE
USDC No.:    2:08−CV−00672−FCD−KJM

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated November 17, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 96.**

    Documents maintained electronically by the district court are accessible through
    PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**November 17, 2008**        /s/ **A. Benson**

Deputy Clerk

RECEIVED BY:

Please Print Name

DATE RECEIVED:

NEW CASE NUMBER: